UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC.,<br><br>    **Plaintiff,**<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>    **Defendants.** | Civil Action No. 1:19-cv-01126 |

## Schedule A

| No. | Seller ID/Defendant Store Name | Defendant Store Location |
|---|---|---|
| 1 | niceflower99 | eBay |
| 2 | freshsoles1234 | eBay |
| 3 | maoloashop | eBay |
| 4 | frano_9418 | eBay |
| 5 | greenfield2019 | eBay |
| 6 | trifecta** | eBay |
| 7 | agja-5684 | eBay |
| 8 | mikewajowski | eBay |
| 9 | ascoglb | eBay |
| 10 | hasinakabani786 | eBay |
| 11 | jemil-3202 | eBay |
| 12 | authenticjproducts | eBay |
| 13 | siq360fl | eBay |
| 14 | alexdim12 | eBay |
| 15 | tconley243 | eBay |
| 16 | conro_17 | eBay |
| 17 | andreaallen222 | eBay |
| 18 | jasonscompany | eBay |

| | | |
|---|---|---|
| 19 | krisplac-17 | eBay |
| 20 | rayallday80 | eBay |
| 21 | curtgagnon | eBay |
| 22 | wibblemaster420 | eBay |
| 23 | nanc_1504 | eBay |
| 24 | markabate_0 | eBay |
| 25 | paulettmasterso0 | eBay |
| 26 | stan-shop | eBay |
| 27 | tecey_0 | eBay |
| 28 | dealsbae | eBay |
| 29 | jhn2018 | eBay |
| 30 | lisayue0208 | eBay |
| 31 | slowrain2019 | eBay |
| 32 | catgra_30 | eBay |
| 33 | wtxsing-1 | eBay |
| 34 | benjy951 | eBay |
| 35 | fuzuanpifa | eBay |
| 36 | shelli-10 | eBay |
| 37 | moja2872 | eBay |
| 38 | spadesking | eBay |
| 39 | jnali13 | eBay |
| 40 | owetoe5400 | eBay |
| 41 | bimil-22 | eBay |

Date:  August 29, 2019						Respectfully submitted,

/s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Byron Pickard (VSB No. 47286)
Dennies Varughese, Pharm.D. (*pro hac pending*)
Nirav N. Desai (VSB. No. 72887)
Nicholas J. Nowak (*pro hac pending*)
Daniel S. Block (*pro hac pending*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
bpickard@sternekessler.com
dvarughe@sternekessler.com
ndesai@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*