**FILED UNDER SEAL**

# Exhibit 2

niceflower99










Portable Power Bank, Portable Charging Case and
$17.99
Free shipping

Portable Power Bank, Portable Charging Case and
$19.99
Free shipping

NEW 4JUUL SKIN 3M DECAL WRAP / STICKER -
$4.99
Free shipping

Skin 4JUUL Vinyl Wrap - 3M Decal Sticker - Rainbow
$6.50
Free shipping

NEW 4JUUL SKIN 3M DECAL WRAP / STICKER -
$4.99
Free shipping

Jmate Mango PODs PCC Case 1200mah Power Bank
$23.49
Free shipping

---

**Description**　　**Shipping and payments**　　　　　　　　　　　　　Report item

Seller assumes all responsibility for this listing.

eBay item number: 312620822308

Last updated on  May 20, 2019 04:34:28 PDT  View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | Does Not Apply |
| Brand: | Unbranded | UPC: | Does not apply |

## Item Information:

**The pods are only Compatible with the JUUL00**
**Each pack contains 4 pods.**
**Mango Flavor**

## Payment:

We Accept Payment Via PAYPAL Only.

Payment Must Be Made Within 5 Days After Auction Closing.

S&H Will Be Determined Based Upon The Ship To Address.

PLEASE NOTE:S&H Does Not Include DUTIES,LOCAL TAX OR ANY OTHER IMPORTATION FEES.

PLEASE List Your Special Requests In The Paypal Notes When You Make The Payment.

## Shipping Information:

Orders processed within 24 hours of payment verification.

We only ship to confirmed PAYPAL addresses. Your PAYPAL address MUST MATCH your Shipping address.

SERVICE TRANSIT TIME is provided by the carrier and excludes weekends and holidays. Transit times may

vary, particularly during the Chinese holiday season.

If you have not received your shipment within 30 days from payment, please contact us. We will track the

shipment and get back to you as soon as possible with a reply. Our goal is customer satisfaction!

## About Feedback:

We maintain high standards of excellence 5 Star and strive for 100% customer satisfaction! Positive Feedback

is very important to us. We request that you contact us immediately BEFORE you give us neutral or negative

Feedback,or open any dispute on PayPal. so that we can satisfactorily solve your concerns.

 IF you have any question please contact us, We can reply you within 8 hours.

## Return Policy:

We Accept Returning Within 30-days.Please Add Your Ebay ID In Your Package.You Will Get Money Back Or Replacement.

## Working Time:

Beijing Time Monday To Friday, 9:00 am to 6:00 pm . All the message we will reply within 12 hours on working days.

If you have any questions,Please use Ebay Message to contact us.(Saturday and Sunday are not working).We will get back to you soon!

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

Norton SECURED

freshsoles1234



| MPN: | packaging (where packaging is ... Read more |
|---|---|
|  | Does Not Apply |

Mint Pods Brand New , One Pack with 4 pods ,New Sealed, US Seller. Condition is New. Shipped with USPS First Class Package.

---

More from this seller

Feedback on our suggestions



Creme Brule Pods Brand New , One Pack with 4 pods
$17.99
+ Shipping



Fruit Medley Pods Brand New , One Pack with 4 pods
$17.99
+ Shipping

Classic Menthol PodsBrand New , One Pack with 4 pods
$17.99
+ Shipping



Mango Pods Brand New , One Pack with 4 pods ,New
$17.99
+ Shipping

Cool Cucumber Pods Brand New , One Pack with 4 pods
$17.99
+ Shipping

---

People who viewed this item also viewed 1/2

Feedback on our suggestions



Mango Pods Brand New , One Pack with 4 pods ,New
$17.99
+ $3.70 Shipping



Creme Brule Pods Brand New , One Pack with 4 pods
$17.99
+ $3.70 Shipping



2 Pack Boulder Rock Pods (4pc)
$17.95
Free shipping
Almost gone



For Smoant1 S8 | ES Drip1 | Replacement Pods1 |
$5.68
$6.08
Free shipping



Cool Cucumber Pods Brand New , One Pack with 4 pods
$17.99
+ $3.70 Shipping



NEW SEALED Original INFINIX² 250mAh All-In-One
$9.99
Free shipping

---

Sponsored items based on your recent views

Feedback on our suggestions



5/10/15 Pack .5mL/1mL Leak Proof Oil Cartridge
$10.99
Free shipping
Popular



Suorin Air V2 - Blue Teal - AIO Starter Vape² Kit Pod
$23.99
Free shipping



Eon Pods 6% compatible with J*ul
$14.98
+ $3.70 Shipping
Last one



Mango Pods Brand New , One Pack with 4 pods ,New
$13.99
Free shipping



BRAND NEW Authentic SMOK FIT | FIT KIT | 2
$19.90
Free shipping

Back to search results
Return to top

More to explore :   Coffee Pods & K-Cups,   Tide Pods,   Grip Pod Bipods & Monopods,   Organic Coffee Pods & K-Cups,   R Pod,   Nespresso Coffee Pods & K-Cups,   Paintball Harnesses & Pods,
Kosher Coffee Pods & K-Cups,   Keurig Coffee Pods and K-Cups,   Fishing Rod Rod Pods

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



maoloashop



| MPN: | Does Not Apply |

Pods Fruit 5% U.S. Seller. Condition is New. Shipped with USPS First Class Package.

More to explore :   Coffee Pods & K-Cups,   Tide Pods,   Grip Pod Bipods & Monopods,   R Pod,   Paintball Harnesses & Pods,   Fishing Rod Rod Pods,   Coffee Pod Holders,
A Pea In The Pod Maternity Dresses,   Fruits,   Private Seller Cars and Trucks

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



frano_9418

Hi Sterne! ⌄     Daily Deals   Gift Cards   Help & Contact                    Sell   Recently Viewed   My eBay   🔔   🛒 **9**

**ebay**   Shop by category ⌄     | Search for anything | 🗔 | All Categories ⌄ | **Search** |

Back to search results  |  Listed in category:   Consumer Electronics  >  Other Consumer Electronics                    ✉ f 🐦 P   | Add to watch list

💲 SAVE UP TO **5%** WHEN YOU BUY MORE



### 2019 New Basic Starter1 Kit1 Creme Brulee Cool Mint Fruit Medley 4 Pods #T-JLV3
USA Seller, Ships within 24 hours, Top Quality!

🔥 **212 viewed per day**

| | |
|---|---|
| Condition: | New |
| Color: | - Select - ⌄ |
| Bulk savings: | Buy 1 **$29.99/ea**   Buy 2 **$29.09/ea**   Buy 3 **$28.79/ea** |
| Quantity: | 1   4 or more for $28.49/ea |
| | More than 10 available / **21 sold** |

Unit price: US $29.99/ea

**Buy It Now**

**Add to cart**

♡ Add to watch list

☐ 3-year protection plan from SquareTrade - $2.99

| 21 sold | Free shipping | Ships from United States |
|---|---|---|

| | |
|---|---|
| Shipping: | **FREE**  Standard Shipping | See details |
| | Item location: Egg Harbor City, New Jersey, United States |
| | Ships to: United States and many other countries | See details |
| Delivery: | Estimated between **Fri. May. 24** and **Tue. May. 28** to 22314 ⓘ |
| Payments: | PayPal VISA ▭ ▭ DISCOVER |
| | **PayPal CREDIT** |
| | Special financing available. Apply Now | See terms |
| Returns: | Seller does not accept returns | See details |

### Shop with confidence
🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
frano_9418 (1)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?   **Sell now**

---

Similar sponsored items 1/2                                        Feedback on our suggestions

     

| JUUL00 and all accessory (Look at description,same as | Jili Box, Portable Charging Case,PCC,  FEDEX | JUUL00 and all accessory (Look at description,same as | Mango Pods Brand New , One Pack with 4 pods ,New | BRAND NEW Authentic SMOK FIT | FIT KIT | 2 | 5/10/15 Pack .5mL/1mL Leak Proof Oil Cartridge |
|---|---|---|---|---|---|
| $37.99 | $25.00 | $37.99 | $14.99 | $20.90 | $10.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | | | | | Popular |

Related sponsored items  1/2

Feedback on our suggestions













Portable Power Bank, Portable Charging Case and
$19.99
Free shipping

Portable Power Bank, Portable Charging Case and
$17.99
Free shipping

Skin 4JUUL Vinyl Wrap - 3M Decal Sticker - Rainbow
$6.50
Free shipping

Jumate Carrying Case holds 3 Pods + 1 Device, Power
$27.99
Free shipping

NEW 4JUUL SKIN 3M DECAL WRAP / STICKER -
$4.99
Free shipping

NEW 4JUUL SKIN 3M DECAL WRAP / STICKER -
$4.99
Free shipping

**Description**   **Shipping and payments**

Report item

eBay item number:   382961188009

Seller assumes all responsibility for this listing.
Last updated on  May 20, 2019 16:09:28 PDT   View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | Juul100% Kit |
| Brand: | Branded | | |

2019 New in Box
Juul Starter Kit
Includes:
Juul Device
Charger
4x 5% nicotine pods

Back to search results

Return to top

More to explore :   Fruit of the Loom Men's 100% Cotton Solid Basic Tee T-Shirts,   laura mercier creme brulee,   Car & Truck Cooling Systems T&J New Pumps for GMC,   Creme Brulee Torch Indiana Cooking Utensils,   Fruit of the Loom T-Shirts for Men,   Fruit of the Loom Basic Tees Unisex Adult T-Shirts,   Fruit of the Loom Basic Tees for Men,   tutti dolci creme brulee,   Fruit of the Loom 100% Cotton T-Shirts for Men,   Fruit of the Loom Solid Basic Tees for Men

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



greenfield2019










| | | | | | |
|---|---|---|---|---|---|
| Portable Power Bank, Portable Charging Case and | Portable Power Bank, Portable Charging Case and | Jumate Carrying Case holds 3 Pods + 1 Device, Power | Skin 4JUUL Vinyl Wrap - 3M Decal Sticker - Rainbow | NEW 4JUUL SKIN 3M DECAL WRAP / STICKER - | NEW 4JUUL SKIN 3M DECAL WRAP / STICKER - |
| $19.99 | $17.99 | $27.99 | $6.50 | $4.99 | $4.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

---

**Description** | **Shipping and payments**                                    Report item

eBay item number:   293098298407

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | Does Not Apply |
| Brand: | Unbranded | UPC: | Does not apply |

-1x ( Rechargeable JUUL device)
-1x (Multi JUUL pod 4-pack)
-1x (USB charger)

Flavor of Pods: Combination, Tobacco, Fruit, Mint

BUILT TO SATISFY

The right nicotine strength and vapor quality to provide a powerful and smooth experience controlled power and temperature allow for a smooth deliv wick cartridge system ensures thick, consistent, flavorful vapor.

SMART INTERFACE

Easy to use - no buttons or switches, simply insert JUULpod into JUUL and draw indicator light communicates battery life and pull strength magnetic temperature regulation.

TECHNOLOGY & CHEMISTRY

Small battery with high discharge rate to accommodate ~200 puffs/charge juice & cartridge sponge wick system efficiently deliver full and consistent v regulation delivers appropriate amounts of power during use.

---

Back to search results                                                                                                    Return to top

More to explore :   Camera & Photo Accessories,   Look,   HO Scale Model Railroads & Trains with Used Look,   N Scale Model Railroads & Trains with Used Look,   Camera and Photo Accessories for Fujifilm,   Camera and Photo Accessories for Canon,   Hasselblad Camera & Photo Accessories,   Camera and Photo Accessories for Mamiya,   Camera and Photo Accessories for Hasselblad,   Camera & Photo Accessories for Universal

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**trifecta\*\***











Myle device, Only myle de-
vice NEW US Seller FAST

**$23.99**
Free shipping
Almost gone

JUUL00 and all accessory
(Look at description,same

**$37.99**
Free shipping

hidden GSM SIM Card Audio
Bug Monitor Listening De-

**$29.99**
Free shipping
Almost gone

Portable Power Bank, Porta-
ble Charging Case and Pods

**$19.99**
Free shipping

SM0K Novo² Ultra Portable
Pod Kit | 100% AUTHENTIC

**$9.99**
Free shipping
Popular

NE
TO

$2
+ S
Po



**Description**    **Shipping and payments**

eBay iter

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | JUUL STARTER KIT JUUL POD |
| Brand: | Original | UPC: | Does not apply |

1 x Device
1 x Charger
Fast free shipping!



Back to previous page

More to explore :  S tarters for Tesla S,   Anti-Theft Devices for Dodge Charger,   K Source Parts for Dodge Charger,   K & N Filters for Dodge Charger,   K&S Technologies Parts f
OE Brand Parts for Dodge Charger,   K&S Wristwatches,   S-K Tool,   Brand New Memorabilia,   Kapital K 100% Cotton Basic Tees for Men

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

  

AdChoices
AMTRAK
GET CARRIED AWAY
SAVE 20%
WITH AUTO TRAIN
SAVER FARES
BOOK NOW

AdChoices
AMTRAK
GET CARRIED AWAY
SAVE 20%
WITH AUTO TRAIN
SAVER FARES
BOOK NOW

AdChoices
AMTRAK
GET CARRIED AWAY
SAVE 20%
WITH AUTO TRAIN
SAVER FARES
BOOK NOW

undefined

agja-5684



     

| Portable Power Bank, Portable Charging Case and | Portable Power Bank, Portable Charging Case and | Jumate Carrying Case holds 3 Pods + 1 Device, Power | NEW 4JUUL SKIN 3M DECAL WRAP / STICKER - | Jmate Mango PODs PCC Case 1200mah Power Bank | NEW 4JUUL SKIN 3M DECAL WRAP / STICKER - |
| $17.99 | $19.99 | $27.99 | $4.99 | $23.49 | $4.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

**Description** | **Shipping and payments**                                                      Report item

Seller assumes all responsibility for this listing.

eBay item number:  392301537388

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | JUUL STARTER KIT JUUL PODS |
| Brand: | Unbranded | UPC: | Does not apply |

**100% New Basic Starter1 Kit1 Creme Brulee Cool Mint Fruit Medley 4 Pods Flavors**

Back to search results                                                                    Return to top

More to explore :  laura mercier creme brulee,   Creme Brulee Torch Indiana Cooking Utensils,   tutti dolci creme brulee,   Coffee Pods & K-Cups,   Fruit of the Loom 100% Cotton T-Shirts for Men,   Tide Pods,   Creme Brulee K Cups Indiana Brown Pods & K-Cups,   Grip Pod Bipods & Monopods,   princess house orchard medley,   R Pod

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



mikewajowski



| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Custom Bundle: | No |
| Brand: | Jewl | | |

Available in

black, gold,silver,pink,blue

message me what colour you would like



1x Mint pod

1x cool mint pod

1x mango pod

1x creme brûlée

Magnetic USB charger

Back to search results

Return to top

More to explore :  Marine Audio in Consumer Electronics,   DaVinci Other Consumer Electronics,   Car Audio in Consumer Electronics,   Sony Consumer Electronics,
Pioneer 5 Car Audio Amplifiers in Consumer Electronics,   Samsung Consumer Electronics,   Audison 5 Car Audio Amplifiers in Consumer Electronics,
Hifonics 5 Car Audio Amplifiers in Consumer Electronics,   Memphis 5 Car Audio Amplifiers in Consumer Electronics,   Magnavox Consumer Electronics

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



ascoglb



     

Portable Power Bank, Portable Charging Case and
$22.99
Free shipping

Portable Power Bank, Portable Charging Case and
$21.99
Free shipping

Jmate Mango PODs PCC Case 1200mah Power Bank
$21.99
Free shipping

Jumate Carrying Case holds 3 Pods + 1 Device, Power
$25.99
Free shipping

Ju0ul Charging Base Stand Portable Charger Skin Pod
$17.99
Free shipping

Ju0ul Charging Base Stand Portable Charger Skin Pod
$16.99
Free shipping

| Description | Shipping and payments | | Report item |
|---|---|---|---|

eBay item number:　273866969196

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Model: | Pod |
| Country/Region of Manufacture: | Unknown | Modified Item: | No |
| Custom Bundle: | No | MPN: | JUUL POD JUUL STARTER KIT |
| Brand: | Unbranded | | |

condition is brand new.   ( 4 pods)
fast and free shipping , USPS First Class

Back to search results                                                                                                                                       Return to top

More to explore :　Flavored Coffee,　A Pea in the Pod Maternity Tops and Blouses,　Mango,　Tide Pods,　Mango Women's Tops & Blouses,　Gano Excel Flavored Coffee,　Flavored Rolling Paper,　Water Flavor Enhancers,　Mio Water Flavor Enhancers,　Brand New Memorabilia

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| About eBay | Announcements | Community | Security Center | Resolution Center | Seller Center | Policies | Affiliates | Help & Contact | Site Map |

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**hasinakabani786**



5/29/2019
2019 New Brand Starter1 Kit with 4 Pods1 and Charger Free Ship TVQ01-Q | eBay
Case 1:19-cv-01126-LO-IDD Document 8 Filed 08/29/19 Page 35 of 148 PageID# 82








| Portable Power Bank, Portable Charging Case and | Portable Power Bank, Portable Charging Case and | Jmate Mango PODs PCC Case 1200mah Power Bank | Jumate Carrying Case holds 3 Pods + 1 Device, Power | Ju0ul Charging Base Stand Portable Charger Skin Pod | Ju0ul Charging Base Stand Portable Charger Skin Pod |
|---|---|---|---|---|---|
| $22.99 | $21.99 | $21.99 | $25.99 | $17.99 | $16.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

**Description** | **Shipping and payments**

Report item

eBay item number: 223533035004

Seller assumes all responsibility for this listing.
Last updated on May 29, 2019 06:32:03 PDT   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | JUUL |
| Brand: | Unbranded | | |

**Complete Juul Kit**

Back to search results

Return to top

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

Norton SECURED

jemil-3202





**authenticjproducts**



Brand new, unopened.****THIRD-PARTY/UNBRANDED!!!!*****

More to explore :　Coffee Pods & K-Cups,　Tide Pods,　Grip Pod Bipods & Monopods,　Organic Coffee Pods & K-Cups,　R Pod,　Nespresso Coffee Pods & K-Cups,　Paintball Harnesses & Pods,　Kosher Coffee Pods & K-Cups,　Keurig Coffee Pods and K-Cups,　Fishing Rod Rod Pods

About eBay　Announcements　Community　Security Center　Resolution Center　Seller Center　Policies　Affiliates　Help & Contact　Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



siq360fl

Hi Sterne! ▾ | Daily Deals | Gift Cards | Help & Contact

Sell   Recently Viewed   My eBay   🔔   🛒 **9**

**ebay**   Shop by category ▾   [ Search for anything                              ] 🔲  | All Categories ▾ |   **Search**

< ↩ Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics

✉ f 🐦 📌 | Add to watch list



    

< >

💲 Have one to sell? | **Sell now**

### Brand New Pods multiple flavor Mango/CoolMint/Cucumber/Fruit/Classic KIT USA TOP

🔥 65 viewed per hour

| Condition: | New |
| --- | --- |
| FLA: | - Select - ▾ |
| Quantity: | [ 1 ]   7 available / **136 sold** in 24 hours |

Price: **US $13.95**

**Buy It Now**

**Add to cart**

♡ Add to watch list

☐ **3-year protection plan** from SquareTrade - $1.99

| **136 sold** | More than 90% sold | Free shipping |
| --- | --- | --- |

Shipping: **FREE** Standard Shipping | See details
Item location: Hernando, Florida, United States
Ships to: United States   See exclusions

Delivery: Estimated between **Fri. May. 24** and **Tue. May. 28** to 22314 ⓘ

Payments: 🅿PayPal VISA 💳 💳 DISCOVER

**PayPal CREDIT**
Special financing available. Apply Now | See terms

Returns: 30 day returns. Buyer pays for return shipping | See details

#### Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
siq360fl (140 ⭐)
99.3% Positive feedback

♡ Save this Seller
Contact seller
See other items

---

### Similar sponsored items 1/2

Feedback on our suggestions

< >

Mango Pods Brand New , One Pack with 4 pods ,New
$14.99
Free shipping

JUUL00 and all accessory (Look at description,same as
$37.99
Free shipping

BRAND NEW Authentic SMOK FIT | FIT KIT | 2
$20.90
Free shipping

2ml 10W-16W SMOK² NOVO² ALL IN ONE
$9.99
Free shipping

5/10/15 Pack .5mL/1mL Leak Proof Oil Cartridge
$10.99
Free shipping
Popular

4JUUL Silicone Anti-Slip Cap & Case Grip Skin Cover
$7.99
Free shipping

---

Related sponsored items 1/2

Feedback on our suggestions













Portable Power Bank, Portable Charging Case and
$17.99
Free shipping

Portable Power Bank, Portable Charging Case and
$19.99
Free shipping

Skin 4JUUL Vinyl Wrap - 3M Decal Sticker - Rainbow
$6.50
Free shipping

NEW 4JUUL SKIN 3M DECAL WRAP / STICKER -
$4.99
Free shipping

NEW 4JUUL SKIN 3M DECAL WRAP / STICKER -
$4.99
Free shipping

Jumate Carrying Case holds 3 Pods + 1 Device, Power
$27.99
Free shipping

---

**Description** | **Shipping and payments**                                     Report item

Seller assumes all responsibility for this listing.

eBay item number: 183818918207

Last updated on  May 20, 2019 23:09:49 PDT   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | JUUL PODS |
| Brand: | Unbranded | | |

1PACK: 4P0DS

---

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                              Return to top

More to explore :   Mangos Fruits,   Flavored Coffee,   A Pea in the Pod Maternity Tops and Blouses,   Mango,   Ganocafe Classic Indiana Flavored Brown,   Kitty Cucumber,   Mango Women's Tops & Blouses,   Mango Fruit Trees,   Flavored Decaf K Cups Indiana Brown Pods & K-Cups,   flavor extracts

---

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**alexdim12**



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact　　　　　Sell　Recently Viewed　My eBay　🛒 2

Shop by category　Search for anything　　　　　All Categories ▼　Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics　　　| Add to watch list







### 250mah Built-in Battery Device with 4pcs 0.7ml Juice Pods

🔥 1 viewed per hour

| | |
|---|---|
| Condition: | **New** |
| Colour: | - Select - ▼ |
| Quantity: | 1    1 available |

| | | |
|---|---|---|
| Price: | **US $38.75** | Buy It Now |
| | | Add to cart |
| | | Add to watch list |

☐ **3-year protection plan** from SquareTrade - $3.99

Free shipping　|　30-day returns

| | |
|---|---|
| Shipping: | **FREE** Standard Shipping | See details |
| | See details about international shipping here. |
| | Item location: ShenZhen city, Guangdong, China |
| | Ships to: Worldwide  See exclusions |
| Delivery: | Estimated between **Thu. Jul. 25 and Wed. Aug. 7** |
| | This item has an extended handling time and a delivery estimate **greater than 34 business days**. |
| Payments: | **PayPal CREDIT** |
| | Special financing available. Apply Now | See terms |
| Returns: | 30 day returns. Buyer pays for return shipping | See details |

**Shop with confidence**

**eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
alexdim12 (6 )
66.7% Positive feedback

Save this Seller
Contact seller
See other items

Have one to sell? **Sell now**

---

Similar sponsored items 1/2　　　　　　　　　　　Feedback on our suggestions


USA Pods Choose Flavor Mint Cucumber Fruit Mango
$15.95
Free shipping
Popular


MOTI Device Kit (Open System)
$26.99
+ $6.50 Shipping


Black JUUL00 and all accessory (Look at
$37.99
Free shipping
Almost gone


J##L MINT PODS 5% - 1 PACK (4 PODS) - 100%
$19.97
Free shipping


Brand New P0DS multiple flavor MANG0/C00LIMint/KIT
$19.98
Free shipping


5PCS 0.5ML 510 Thread Gold CCELL Ceramic
$7.99
+ $0.99 Shipping
Almost gone

---

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.　　　　　eBay item number: 254248946075

Last updated on  May 30, 2019 15:21:27 PDT  View all revisions

**Item specifics**

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | Does Not Apply |
|---|---|---|---|
| Brand: | CYAN | | |

Parameters
**Feature:**
Auto-Draw Battery
Sleek and Stealthy
LED Light
Magnet Charger
USB Charging

Description:
1. Input voltage: 3.2V-4.2V support single-cell high-capacity battery
2. Output voltage: constant voltage 3.1V ± 0.1
3. Green light shows power of 60% -100%, yellow light shows power of 20% -60%, red light shows the power 0% -20%
4. With gravity beating and gravity swing function

Package includes:
1x Device 220mAh Battery
1x USB Charger
4x Cartridge Pods

pastedGraphic.png  pastedGraphic_1.png

---

People were also interested in











SPONSORED
Fire Fly 2 V aporizer
Evaporator Bluetooth for
$147.19
$159.99
Free shipping

USA Pods Choose Flavor
Mint Cucumber Fruit Mango
$15.95
Free shipping
Popular

DEVICE MAROON KIT
(LIMITED EDITION) 100%
$79.99
+ $4.99 Shipping

20PCS 1.0ML CCELL Glass
Ceramic Wickless Cartridge
$17.99
Free shipping

Brand New P0DS multiple
flavor MANG0/C00LIMint/KIT
$19.98
Free shipping

5pcs 1.0ML CCELL Gold
Ceramic Wickless Cartridge
$8.99
Free shipping

---

People who viewed this item also viewed  1/2    Feedback on our suggestions











USA Pods Choose Flavor
Mint Cucumber Fruit Mango
$15.95
Free shipping
Popular

J##L MINT PODS 5% - 1
PACK (4 P0DS) - 100%
$19.97
Free shipping

Brand New P0DS multiple
flavor MANG0/C00LIMint/KIT
$19.98
Free shipping

Rose Gold JUUL00 and all
accessory (Look at
$37.99
Free shipping

[SALE] Aspire Nautilus 2
Tank 2ml TPD with Nautilus
$8.79
Free shipping

20PCS 1.0ML CCELL Glass
Ceramic Wickless Cartridge
$17.99
Free shipping

Sponsored items based on your recent views  1/3                          Feedback on our suggestions

     

| USA Pods Choose Flavor Mint Cucumber Fruit Mango | J##L VIRGINIA TOBACCO P0DS 5% - 1 PACK (4 | Brand New P0DS multiple flavor MANG0/C00LIMint/KIT | Brand New Mango Flavor Pods , One box with 4 pods | Mango Pods Brand New One pack with 4 Pods, | Black JUUL00 and all accessory (Look at |
|---|---|---|---|---|---|
| $15.95 | $19.98 | $19.98 | $14.99 | $17.99 | $37.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Popular | | | | | Almost gone |

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                           Return to top

More to explore :   Built - in Car Sat Nav Devices for Toyota,    Built - in Car Sat Nav Devices for Chevrolet,   Built - in Car Sat Nav Devices for Honda,   Built - in Car Sat Nav Devices for BMW,
Built - in Car Sat Nav Devices for Mazda,   Built - in Car Sat Nav Devices for Lexus,   Built - in Car Sat Nav Devices for Audi,   Built - in Car Sat Nav Devices for GMC Yukon,
Built - in Car Sat Nav Devices for Audi A4,   Built - in Car Sat Nav Devices for BMW 328i

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

tconley243



Hi Sterne!    Daily Deals   Gift Cards   Help & Contact                                    Sell    Recently Viewed    My eBay                    2

ebay    Shop by category    [Search for anything]    All Categories ▼    Search

Back to search results | Listed in category:    Consumer Electronics › Other Consumer Electronics                                    | Add to watch list



Have one to sell?   Sell now

## Mango Pods Brand New One pack with 4 Pods, SEALED US SELLER FREE SHIPPING pack

🔥 4 viewed per hour

| | |
|---|---|
| Condition: | New |
| Quantity: | 1    3 available / 5 sold in 24 hours |
| Price: | US $17.99 |

Buy It Now

Add to cart

Best Offer:    Make Offer

Add to watch list

☐ 3-year protection plan from SquareTrade - $1.99

**Free delivery in 3 days** | Limited quantity remaining | More than 69% sold

Shipping:    🚚 FAST 'N FREE
Guaranteed by **Mon. Jun. 10** | See details
Item location: Palmyra, Pennsylvania, United States
Ships to: United States

Payments:    PayPal CREDIT
Special financing available. Apply Now | See terms

Returns:    14 day returns. Buyer pays for return shipping | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

tconley243 (35  )
100% Positive feedback

Save this Seller
Contact seller
See other items

---

Similar sponsored items 1/2                                                            Feedback on our suggestions



| USA Pods Choose Flavor Mint Cucumber Fruit Mango | Brand New Mango Flavor Pods , One box with 4 pods | Brand New P0DS multiple flavor MANG0/C00LIMint/KIT | J##L VIRGINIA TOBACCO P0DS 5% - 1 PACK (4 | J##L MINT P0DS 5% - 1 PACK (4 P0DS) - 100% | (2 PACK) 4Juul Black Skin 3ft Magnetic USB Charger |
|---|---|---|---|---|---|
| $15.95 | $14.99 | $19.98 | $19.98 | $19.97 | $8.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Popular | | | | | Popular |

---

Description | Shipping and payments                                                    Report item

Seller assumes all responsibility for this listing.                            eBay item number: 153513003291

## Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | Does Not Apply |
|---|---|---|---|

| Brand: | Unbranded |
|---|---|

18+! Thank you for the interest in our product.

Clones/Third-party pods!

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results

Return to top

More to explore :  Other Packing & Shipping,   Coffee Pods & K-Cups,   Tide Pods,   X-Pod LEGO Sets & Packs,   Bat-Pod LEGO Sets & Packs,   Space Ship LEGO Sets & Packs,
Grip Pod Bipods & Monopods,   Organic Coffee Pods & K-Cups,   R Pod,   Nespresso Coffee Pods & K-Cups

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

conro_17

ebay    Shop by category     | Search for anything | All Categories ▼ | Search |

Back to search results    |    Listed in category:    Consumer Electronics  >  Other Consumer Electronics                                                    | Add to watch list





Have one to sell?   **Sell now**

### Mango Pods Brand New 13 pack lot with 4 Pods each

🔥 1 viewed per hour



| | | |
|---|---|---|
| Condition: | New | |
| Price: | US $195.00 | Buy It Now |
| | | Add to cart |
| Best Offer: | | Make Offer |
| | | Add to watch list |

☐ 2-year protection plan from SquareTrade - $14.99

**Free shipping**    Ships from United States

| | |
|---|---|
| Shipping: | **FREE** Standard Shipping \| See details<br>Item location: New York, New York, United States<br>Ships to: United States |
| Delivery: | Estimated on or before **Wed. Jun. 12** to 22314 |
| Payments: | |

PayPal CREDIT
No Interest if paid in full in 6 months on $99+. Apply Now
\| See terms

| Returns: | Seller does not accept returns \| See details |
|---|---|

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

---

**Seller information**
conro_17 (1 )
66.7% Positive feedback

Save this Seller
Contact seller
See other items

---

Similar sponsored items 1/2                                                                                            Feedback on our suggestions



| Mango Pods Brand New One pack with 4 Pods, | J##L MINT PODS 5% - 1 PACK (4 P0DS) - 100% | USA Pods Choose Flavor Mint Cucumber Fruit Mango | Brand New Mango Flavor Pods , One box with 4 pods | Jmate Mango PODs PCC Case 1200mah Power Bank | Brand New P0DS multiple flavor MANG0/C00LIMint/KIT |
|---|---|---|---|---|---|
| $17.99 | $19.97 | $15.95 | $14.99 | $20.99 | $19.98 |
| Free shipping | Free shipping | Free shipping<br>Popular | Free shipping | Free shipping | Free shipping |

---

| **Description** | **Shipping and payments** |                                                          Report item |

Seller assumes all responsibility for this listing.

eBay item number: 312642340234

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Unbranded |
| MPN: | Does Not Apply | | |

Mango Pods Brand New 13 packs with 4 Pods each.

These are off-brand/clones. Sold as is.

## Explore more options: Brand

| SMOK | 3M |
|---|---|

 











SPONSORED
3000mAh SMOK1 Stick Prince Kit /SMOK2 Vape-
$15.99
Free shipping

Gold Smok prince stick kit and Smok Prince Max
$55.00
Free shipping

Gold SMOK Prince Stick Kit
$45.00
Free shipping

SPONSORED
Skin 4JUUL Vinyl Wrap - 3M Decal Sticker - Bunny
$6.50
Free shipping

4JUUL Skin Skins decal wrap sticker premium - -
$3.99
Free shipping

Skin 4JUUL Vinyl Wrap - 3M Decal Sticker -
$4.99
Free shipping

## People who viewed this item also viewed  1/2

Feedback on our suggestions











 

USA Pods Choose Flavor Mint Cucumber Fruit Mango
$15.95
Free shipping
Popular

Mango Pods Brand New One pack with 4 Pods,
$17.99
Free shipping

J##L VIRGINIA TOBACCO P0DS 5% - 1 PACK (4
$19.98
Free shipping

J##L MENTHOL P0DS 5% - 1 PACK (4 P0DS) - 100%
$19.98
Free shipping

J##L MINT P0DS 5% - 1 PACK (4 P0DS) - 100%
$19.97
Free shipping

Black JUUL00 and all accessory (Look at
$37.99
Free shipping
Almost gone

## Sponsored items based on your recent views  1/2

Feedback on our suggestions













USA Pods Choose Flavor Mint Cucumber Fruit Mango
$15.95
Free shipping
Popular

Brand New Mango Flavor Pods , One box with 4 pods
$14.99
Free shipping

J##L VIRGINIA TOBACCO P0DS 5% - 1 PACK (4
$19.98
Free shipping

J##L MINT P0DS 5% - 1 PACK (4 P0DS) - 100%
$19.97
Free shipping

Mango Pods Brand New One pack with 4 Pods,
$17.99
Free shipping

Brand New P0DS multiple flavor MANG0/C00LIMint/KIT
$19.98
Free shipping

Back to search results                                                                          Return to top

More to explore :   Coffee Pods & K-Cups,   Tide Pods,   Grip Pod Bipods & Monopods,   Organic Coffee Pods & K-Cups,   R Pod,   Nespresso Coffee Pods & K-Cups,   Paintball Harnesses & Pods,
Kosher Coffee Pods & K-Cups,   Keurig Coffee Pods and K-Cups,   Fishing Rod Rod Pods

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

**andreaallen222**







Limited Edition Juul/ purple. New without box. Comes with charger.

People who viewed this item also viewed  1/2

Feedback on our suggestions



Juul devic.device Works Red

$25.50
+ $5.30 Shipping        1 bid



Aluminum JUUL™ Shell |
Permanent Premium Shell

$16.99
Free shipping



Skin Decal for Your JUUL
Vape JUUL Skin - JUUL

$18.00
Free shipping



Case and Holder for JUUL,
Anti-Slip Silicone Skin Cover

$6.12
Free shipping



Large 3D Printed 4JUUL
Travel Case

$18.99
Free shipping



Skin Decal for YourJUUL -
Purple Burst - 2-Pack -

$7.49
$9.99
Free shipping

Sponsored items based on your recent views  1/2

Feedback on our suggestions



Mango Pods Brand New
One pack with 4 Pods,

$17.99
Free shipping



Brand New Mango Flavor
Pods , One box with 4 pods

$14.99
Free shipping



USA Pods Choose Flavor
Mint Cucumber Fruit Mango

$15.95
Free shipping
Popular



Brand New P0DS multiple
flavor MANG0/C00LlMint/KIT

$19.98
Free shipping

J##L MINT P0DS 5% - 1
PACK (4 P0DS) - 100%

$19.97
Free shipping



Black JUUL00 and all
accessory (Look at

$37.99
Free shipping
Almost gone

Back to search results                                                                    Return to top

More to explore :   JUUL,   Limited Edition Fragrances for Women,   Limited Edition Perfumes for Women,   Limited Edition Print Art Drawings,   Frozen Limited Edition Doll,   Limited Edition Books,
disney limited edition costume,   Limited Edition Eyeshadows,   Limited Edition DVD,   madonna limited edition

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

jasonscompany



Jul Device With Charger Used. Shipped with USPS First Class Package.

Used couple weeks decided to quit. Looks new and feels new still. No pods, what you see is what you get.

Thank you

Jason

Sponsored items based on your recent views  1/3

Feedback on our suggestions

     

| Unpainted 18 Inch Reborn Cat Mold Vinyl Lifelike | Real Looking Vinyl 20" Reborn Doll Kit Baby Boy | MagiDeal 18" Reborn Doll Cat Animal Toy Silicone | Airistech Airis Turboo Variable Voltage 450mah | Empty MYLE° Pods (4 of Pack) Fill Your Own Pods | Suo²rin Air V2 | USB Cable+Pod² Star²ter Kit | |
| --- | --- | --- | --- | --- | --- |
| $30.18 | $33.34 | $38.38 | $16.99 | $16.99 | $23.88 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | | | | Almost gone | |

Back to search results

Return to top

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**krisplac-17**

Hi Sterne! ⌄                                                    Sell   Recently Viewed   My eBay

 eBay

| Search for anything | All Categories |

Waiting for you. $5.00 eBay coupon. →

❮ Back to search results | Listed in category:  Health & Beauty > E-Cigarettes, Vapes & Accs > E-Cigarette & Vape Accessories









### Brand New Starter Kit Black Device And Charger FREE Shipping

🔥 **8 viewed per hour**

Condition:  New

Quantity:  [ 1 ]    3 available

Price:  **US $40.00**    Buy It Now

Add to cart

♡ Add to watch list

**Free shipping**    Ships from United States

💰 Pay only **$35.00** [ Show me how ]

Shipping:  **FREE** Economy Shipping | See details
Item location: Banning, California, United States
Ships to: United States

Delivery:  Estimated between **Sat. Jun. 22** and **Mon. Jul. 1**

Payments:  PayPal · VISA · Mastercard · American Express · Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns:  Seller does not accept returns | See details

#### Shop with confidence

🛡 eBay Money Back Gua...
Get the item you ordered
money back. Learn more

**Seller information**
krisplac-17 ( 0 )

♡ Save this Seller
Contact seller
See other items

💲 Have one to sell?  **Sell now**

## Similar sponsored items 1/2                                                    Feedback













| Brand New Starter Kit Black Device And Charger Buy | 100% Brand New Kamry K1000 Plus Epipe Full | DOTENT VK Vape Kit 80W Starter Kit 2000mAh Battery | CLOUD/TEN Carry Holder Fits Juulvape and Does NOT | Travel Case for Pax Era device WOOD (Fits Pax | VOOPOO DRA... UFORCE T2 ST... |
| $45.00 | $37.89 | $44.99 | $8.99 | $34.95 | $75.00 |
| + $10.00 Shipping | Free shipping | Free shipping | Free shipping | + $2.99 Shipping | Free shipping |

| Description | Shipping and payments |
|---|---|

eBay item number:   35

Seller assumes all responsibility for this listing.

**Item specifics**

Condition:    New: A brand-new, unused, unopened, undamaged item (including handmade
items). See the seller's … Read more

Usb Charger Device Juul00. Condition is New. Shipped with USPS First Class Package.

The JUUL Device Kit comes with 1 USB Charging Dock and 1 Device A (Manufactures One Year limited Device Warranty).

1 USB Charger Juul 1 USB_Device.

Condition is Brand New.

Authentic.

First Class Mailing..

U.S.A Seller. Get IT SOONER

No Returns.
No Matter What the issue.
I have heard it all......



Back to search results

More to explore :   MSD Starters for Dodge Charger,   Mopar Starters for Dodge Charger,   DENSO Starters for Dodge Charger,   Remy Starters for Dodge Charger,   MPA Starters for Dodge Ch
Wilson Starters for Dodge Charger,   ACDelco Starters for Dodge Charger,   Starters for Dodge Charger,   Bosch Starters for Dodge Charger,   Nastra Starters for Dodge Charger

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ









**rayallday80**



| Description | Shipping and payments |
|---|---|

Seller assumes all responsibility for this listing.

eBay item number:   27

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's … Read more | Brand: | Now |
|---|---|---|---|

Brand New Starter Kit factory sealed. Black Device And Charger Buy Now Ending Soon. Condition is New. Shipped with USPS Media Mail.

## People were also interested in

     

| SPONSORED | | | | | |
|---|---|---|---|---|---|
| Original VOOPOO DRAG 2 177W DRAG 2 Box Mod 2ml | Brand New Starter Kit Black Device And Charger FREE | Candy² King² All Flavor 100ml 3mg American Juice | Air Factory All Flavors Lemon Twist.. 3mg Juice | Candy² King² All Flavor American Juice1 100ml 3mg | Beard 6 Flavour Vape1 100ml 3mg US |
| $29.99 | $40.00 | $12.99 | $12.99 | $8.65 | $6.99 |
| + $12.99 Shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

## People who viewed this item also viewed

Feedback

   

| Air Factory All Flavors Lemon Twist.. 3mg Juice | Candy² King² All Flavor 100ml 3mg American Juice | Nasty Juice Salt Low Mint 50mL 60ML 3MG USA Free | Brand New Starter Kit Black Device And Charger FREE |
|---|---|---|---|
| $12.99 | $12.99 | $9.99 | $40.00 |
| Free shipping | Free shipping | Free shipping | Free shipping |

Sponsored items based on your recent views   1/3

Feedback








| Adidas Yeezy Boost 350 V2 Clay Kanye West Authentic | Adidas Yeezy Boost 350 V2 Clay EG7490 Size 5-14 | Adidas Yeezy Boost 350 V2 Bred CP9652 Sz 8.5 Kanye | Original SMOK Infinix Kit with built in 250mAh Battery | 5/10/25/50 Pack Gold Wood Metal Tip CCell C-Cell | Skin 4JUUL Vin... Decal Sticker - |
| $525.00 | $399.99 | $500.00 | $39.38 | $4.99 | $4.99 |
| + $11.95 Shipping | Free shipping | + $7.51 Shipping | Free shipping | Free shipping | Free shipping |
| | Popular | | Last one | | |



Back to search results

More to explore :   MSD Starters for Dodge Charger,   Mopar Starters for Dodge Charger,   DENSO Starters for Dodge Charger,   Remy Starters for Dodge Charger,   MPA Starters for Dodge Ch... Wilson Starters for Dodge Charger,   ACDelco Starters for Dodge Charger,   Starters for Dodge Charger,   Bosch Starters for Dodge Charger,   Nastra Starters for Dodge Charger

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ






curtgagnon



| Item specifics | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | Does Not Apply |
| Brand: | Unbranded | | |

black Basic Device   And black  USB Charger
4 flavor  PoDS

FAST AND FREE SHIPPING!!      US SELLER
it take 2-6 working days arrived

## Explore more options: Brand

### SMOK





SMOK³ NOVO³ Kit All-in-One Pod1 System Kit
$11.99
Free shipping
Almost gone

Authentic SMOK² G-priv2/II 230w 2.6" Touch Screen
$29.99
Free shipping
Popular

## People who viewed this item also viewed 1/2

Feedback on our suggestions















NEW COLORS!! Renova Zero Pod Device 100%
$23.49
Free shipping
Almost gone

NEW SOL DEVICE & USB Cable ONLY
$14.95
+ $2.79 Shipping

Mango pods (2 packs= 4 pods) 100%authentic
$31.00
+ $3.78 Shipping

mango pods (1 pack=4 pods) 100% authentic
$36.99
Free shipping

Authentic Suorin² Edge² Kit² w/2 Batteries & 2 Pods
$34.79
Free shipping

Myle device,Only device,with Charger 100% Brand NEW
$18.93
Free shipping

## Sponsored items based on your recent views 1/2

Feedback on our suggestions









| | | | | | |
|---|---|---|---|---|---|
| USA Pods Choose Flavor Lush Ice Lemonade | SMOK³ NOVO³ Kit All-in-One Pod1 System Kit | Vgod STIG LUSH ICE Disposable Brand New 1 | Brand New Starter Kit Black Device And Charger Buy | Skin 4JUUL Vinyl Wrap - 3M Decal Sticker - Bunny | Smoant Karat Pod Starter Kit with Extra Refillable Pod |
| $15.95 | $11.99 | $13.89 | $45.00 | $6.50 | $29.99 |
| Free shipping | Free shipping | Free shipping | + $10.00 Shipping | Free shipping | + $4.81 Shipping |
| | Almost gone | | | Almost gone | |

Back to search results

Return to top

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**wibblemaster420**







**Item specifics**

Condition: New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's … Read more

Brand New Starter Kit Silver Device And Charger. Condition is New. Shipped with USPS Priority Mail.

## Explore more options: Type

### Case

     

SPONSORED
Large 3D Printed 4JUUL Travel Case
$18.99
Free shipping

Power Bank Portable Charging case 1100man
$19.99
Free shipping

Power Bank Portable Charging case 1100man
$18.88
Free shipping

Jmate - JUUL Portable Charging Case - 1200mah
$19.95
Free shipping

Portable Battery Pack Charging Device Portable
$19.88
Free shipping

Jmate Portable Jool Device Charger Charging Case Pod
$23.95
Free shipping

### People who viewed this item also viewed 1/2

Feedback on our suggestions

     

Brand New Starter Kit (Black) Device + Charger +
$49.95
+ $3.22 Shipping

Power Bank Portable Charging case 1100man
$19.99
Free shipping

Power Bank Portable Charging case 1100man
$18.88
Free shipping

Large 3D Printed 4JUUL Travel Case
$18.99
Free shipping

Jmate - JUUL Portable Charging Case - 1200mah
$19.95
Free shipping

Ele@f ICare Mini Device Kit
$20.99
Free shipping

### Sponsored items based on your recent views 1/2

Feedback on our suggestions













Power Bank Portable
Charging case 1100man

$19.99

Free shipping

Power Bank Portable
Charging case 1100man

$18.88

Free shipping

Large 3D Printed 4JUUL
Travel Case

$18.99

Free shipping

Skin 4JUUL Vinyl Wrap - 3M
Decal Sticker - Mario Design

$5.50

Free shipping

New Authentic Eleaf iStick
Pico S 100W TC Vape

$46.99

+ $2.99 Shipping

Popular

100% Authentic Vaptio™
PT1ª Coils - 2.0Ω - Pack of 5

$11.99

Free shipping



Back to search results                                                                                                  Return to top

More to explore :   MSD Starters for Dodge Charger,   Mopar Starters for Dodge Charger,   Remy Starters for Dodge Charger,   DENSO Starters for Dodge Charger,   Wilson Starters for Dodge Charger,
MPA Starters for Dodge Charger,   ACDelco Starters for Dodge Charger,   Bosch Starters for Dodge Charger,   Nastra Starters for Dodge Charger,   Starters for Dodge Charger

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ





nanc_1504



**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | Does Not Apply | Model: | JUUL |
| UPC: | Does not apply | | |

Gold DEVICE With 4-PODS CHARGE FREE SHIPPING 1PC BOX

---

Explore more options: Brand

**3M**                                                                    More



Skin 4JUUL 2packs For Travel Case Vinyl Wrap -
$6.40
Free shipping

Skin 4JUUL Vinyl Wrap - 3M Decal Sticker - Mario
$5.50
Free shipping

Skin 4JUUL Sticker Wrap High Quality 3M Vinyl
$3.55
Free shipping

**SMOK**                                                                  More



SPONSORED
100% Authentic MICO Kit 700mAh Free US Shipping
$16.99
Free shipping

Authentic SMOK² Infinix Kit / FIT KIT / OPT 3pc
$9.99
Free shipping
Popular

SMOK² NOVO² Starter² Kit AIO Pod² System Free
$9.90
Free shipping

---

People who viewed this item also viewed  1/2                        Feedback on our suggestions

     

PODS J##L - 100% Authentic - All Flavs!
$19.96
Free shipping

Black DEVICE With 4-PODS CHARGER FREE
$29.98
Free shipping

New Ceramic Coil Refillable Compatible Pods - USA-4
$12.00
+ $3.50 Shipping

KIT WITH 4 P0DS - 100% GENUINE
$39.96
Free shipping

St1arter k1t 100% new with 4 starter p0ds - VA mint
$32.99
Free shipping
Last one

Black DEVICE With 3-PODS CHARGER FREE
$30.00
Free shipping    12 bids

---

Sponsored items based on your recent views  1/2                        Feedback on our suggestions








PODS J##L - 100% Authentic - All Flavs!

$19.96
Free shipping

6-Pack Suorin™² Air Replacement Pods 100%

$24.99
Free shipping

Power Bank Portable Charging case 1100man

$19.99
Free shipping

KIT WITH 4 PODS - 100% GENUINE

$39.96
Free shipping

New Authentic Eleaf iStick Pico S 100W TC Vape

$46.99
+ $2.99 Shipping

4JUUL Travel Carrying Case - JUUL Holder Wallet Cover

$12.95
Free shipping


Save 75%          SHOP

Back to search results

Return to top

More to explore :  Shipping & Moving Boxes,   Rings Size 7 Free Shipping,   Cardboard Packaging, Shipping & Moving Boxes,   Small Shipping Boxes Indiana Shipping & Moving Boxes,   Plastic Shipping & Moving Boxes,   loose beads free shipping,   Shipping & Moving Boxes with Custom Bundle,   Shipping Boxes 5x5x5 Indiana Shipping & Moving Boxes,   Shipping Boxes 12x12x12 Indiana Shipping & Moving Boxes,   Light Therapy Box Devices

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ


Save 75%


Save 75%

markabate_0



Seller assumes all responsibility for this listing.

Last updated on  Jun 27, 2019 19:50:12 PDT   View all revisions

---

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | JUL STARTER KIT PODS | Model: | JUL STARTER KIT PODS |

100% New 1Basic1 1Start1 Kit1 Creme Brulee Cool Mint Fruit Medley 4 Pods1 USA

---

More from this seller







100% New !J**L! Basic Starter1 Kit1 Only Charger
**$19.90**
Free shipping

100% NEW TEEL AGAIN 4 EMPTY PODS FOT START1
**$6.99**
Free shipping

One Pack Mango Pods Brand New , One Pack with
**$12.96**
Free shipping

---

Explore more options: Brand



Suorin                              More

SPONSORED
Suo²rin Air V2 | USB Cable+Pod² Star²ter Kit |
**$24.99**
Free shipping

Suo²rin Air V2 | USB Cable+Pod² Star²ter Kit |
**$7.88**
Free shipping



SMOK                               More

Authentic SMOK² Infinix Kit / FIT KIT / OPT 3pc
**$19.66**
Free shipping
Popular

SMOK² NOVO³ 450MAH 2ML ALL IN ONE POD³
**$12.99**
Free shipping



Airistech                          More

Airistech "AIRIS TURBOO" Variable
**$16.85**
Free shipping

SPONSORED
Airis³tech AIRIS TURBOO Variable Voltage 450mah
**$16.99**
Free shipping

---

People who viewed this item also viewed  1/2

Feedback on our suggestions



Brand New Pods multiple flavor
**$12.99**
Free shipping
*Almost gone*



Two Pack Mango Pods Brand New , Total is 2 Boxes
**$19.96**
Free shipping




100% New SMOK1 Nord Starter kit1 | Replacement
**$8.99**
Free shipping

Yocan UNI 650mAh 510 Portable Box Device SAME
**$17.49**
Free shipping
*Popular*



Authentic SMOK² Infinix Kit / FIT KIT / OPT 3pc
**$19.66**
Free shipping
*Popular*



100% New !J**L! Basic Starter1 Kit1 Only Charger
**$19.90**
Free shipping

---

Sponsored items based on your recent views   1/3            Feedback on our suggestions



100% Brand New MANGO PODS - Free Shipping -
**$23.99**
Free shipping



Black Skin Magnetic USB Charger System Vinyl Wrap
**$6.49**
Free shipping



Authentic SMOK² Infinix Kit / FIT KIT / OPT 3pc
**$19.66**
Free shipping
*Popular*



Empty MYLE° Pods (Pack of 4) Fill Your Own! (U.S.
**$15.99**
Free shipping



Empty MYLE° Pods (4 of Pack) Fill Your Own Pods
**$16.99**
Free shipping
*Almost gone*



NOVO Pod 2ml Capacity Replacement Cartridges
**$4.99**
Free shipping
*Almost gone*

---

Back to search results                                                             Return to top

More to explore :   Ju Ju Be Diaper Bags,   CIPA-USA Headlights for Dodge Charger,   Ju Ju Be,   Ju-Ju-Be Floral Diaper Bags,   Ju-Ju-Be Baby Diapering Products,   Ju-Ju-Be Polyester Diaper Bags,   Ju-Ju-Be Multi-Color Diaper Bags,   Ju-Ju-Be Girls Diaper Bags,   Ju-Ju-Be Unisex Diaper Bags,   Ju-Ju-Be Black Diaper Bags

---

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**paulettmasterso0**



     

| Freenove Basic Starter Kit for Arduino include UNO R3 | 100% Authentic Joyetech Roll Starter Kit | JMate P2 Universal Compatible Charger, Power | SMOK² NOVO² Starter² Kit AIO Pod² System Fast | Smok v8 Starter kit black free shipping. US seller. | Ju0ul Charging Base Stand Portable Charger Skin Pod |
|---|---|---|---|---|---|
| $24.99 | $29.99 | $7.99 | $16.85 | $19.00 | $16.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

**Description**　　**Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

eBay item number:　392321892208

Item specifics

Condition:　New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's … Read more

brand new device + 4 pod variety pack + charger

People who viewed this item also viewed

Feedback on our suggestions

    

| my blu device with one pod | My Blu Starter Kit Rechargeable Device and | Time Capsule™ Storage Device - Herbal Money | My Blu Starter Kit Rechargeable Device and | My Blu Micro USB Charger Vaping Vapor No Pods No |
|---|---|---|---|---|
| $6.10 | $29.99 | $13.97 | $3.94 | $1.95 |
| + $6.00 Shipping　1 bid | + $7.70 Shipping | + $11.91 Shipping | + Shipping | + $4.78 Shipping　0 bids |

Case 1:19-cv-01126-LO-IDD Document 8 Filed 08/29/19 Page 90 of 148 PageID# 137

Sponsored items based on your recent views  *1/2*

Feedback on our suggestions



**Pax 2 Premium Portable Matte Black New Colors Fast**
$124.99
Free shipping
Last one



**PAX ERA Premium w/ Bluetooth | 100% Authentic |**
$35.99
~~$39.99~~
Free shipping



**PAX 3 COMPLETE KIT! BRAND NEW SEALED!**
$89.99
Free shipping



**100% Brand New MANGO PODS - Free Shipping -**
$23.99
Free shipping



**Authentic SMOK² Infinix Kit / FIT KIT / OPT 3pc**
$19.66
Free shipping
Popular



**Black Skin Magnetic USB Charger System Vinyl Wrap**
$6.49
Free shipping

Back to search results

Return to top

More to explore :   MSD Starters for Dodge Charger,   Mopar Starters for Dodge Charger,   Wilson Starters for Dodge Charger,   DENSO Starters for Dodge Charger,   Remy Starters for Dodge Charger,   MPA Starters for Dodge Charger,   Bosch Starters for Dodge Charger,   ACDelco Starters for Dodge Charger,   Nastra Starters for Dodge Charger,   Starters for Dodge Charger

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**stan-shop**











| | | | |
|---|---|---|---|
| Juul00 Silicone Anti-Slip Cap & Grip Skin Cover Wrap | 4Juul PU Leather Case Portable Pouch Case | Juul00 Glow In The Dark Silicone Anti-Slip Cap & Grip | New Arduino genuine Mega2560 Board |
| $9.45 | $10.00 | $11.35 | $68.00 |
| $9.95 | Free shipping | $11.95 | Free shipping |
| Free shipping | | Free shipping | |

---

**Description**    Shipping and payments                                      Report item

eBay item number:   293030511140

Seller assumes all responsibility for this listing.
Last updated on   Jun 27, 2019 20:03:52 PDT   View all revisions

| Item specifics | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | JUU STARTER KIT | UPC: | Does not apply |

Brand New Basic Starter1 Kit1 Creme Brulee Cool Mint Fruit Medley 4 Pods Flavors

Starter Kit

Comes with:

4 P0ds

Device

Charger

---

Explore more options: Brand

SMOK





Authentic SMOK² Infinix Kit /
FIT KIT / OPT 3pc
$19.66
Free shipping
Popular

Vape1 SMOK INFINIX kit
Electronic Vape1 Pen
$12.00
Free shipping

#1/#2/#3/#4/#5 Authentic
SMOKs Pyrex Bulb Glass
$7.49
Free shipping

People who viewed this item also viewed  1/2                     Feedback on our suggestions



Black Skin Magnetic USB
Charger System Vinyl Wrap
$6.49
Free shipping

Freenove Basic Starter Kit
for Arduino include UNO R3
$24.99
Free shipping
Almost gone

100% Brand New MANGO
PODS - Free Shipping -
$23.99
Free shipping

One Pack Mango Pods
Brand New , One Pack with
$12.96
Free shipping

100% Brand New Start3r
Kit1 Creme Brulee Cool Mint
$28.97
Free shipping

100% New SMOK1 Nord
Starter kit1 | Replacement
$8.99
Free shipping

Sponsored items based on your recent views  1/3                 Feedback on our suggestions



Empty MYLE° Pods (Pack of
4) Fill Your Own! (U.S.
$15.99
Free shipping

Empty MYLE° Pods (4 of
Pack) Fill Your Own Pods
$16.99
Free shipping
Almost gone

Authentic SMOK² Infinix Kit /
FIT KIT / OPT 3pc
$19.66
Free shipping
Popular

NOVO Pod 2ml Capacity
Replacement Cartridges
$4.99
Free shipping
Almost gone

Vape1 SMOK INFINIX kit
Electronic Vape1 Pen
$12.00
Free shipping

Fashion Writing Pad,
Narrow, 5" x 8", White, 50
$14.13
Free shipping

Back to search results                                            Return to top

More to explore :  Fruit of the Loom Men's 100% Cotton Solid Basic Tee T-Shirts,   laura mercier creme brulee,   Fruit of the Loom Basic Tees for Men,   tutti dolci creme brulee,   Flavored Coffee,
Fruit of the Loom Solid Basic Tees for Men,   Fruit of the Loom Basic Tees Unisex Adult T-Shirts,   Creme Brulee K Cups Indiana Brown Pods & K-Cups,   princess house orchard medley,
Flavored Rolling Paper

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**tecey_0**





Last updated on   Jun 27, 2019 06:50:46 PDT   View all revisions

| | | | |
|---|---|---|---|
| **Item specifics** | | | |
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | juul |
| MPN: | Does Not Apply | RMS Power: | 0 |
| Brand: | Unbranded | EAN: | Does not apply |

**IT horizon9**      Visit my eBay store

Sign up for newsletter

**Store Categories**

Store home
Other

## STARTER KIT

The Starter Kit includes:

- Rechargeable JUUL device
- USB Charging Dock
- Four JUULpods (Virginia Tobacco, Mint, Mango, and Creme)
- One year limited device warranty

Sponsored items based on your recent views   1/2      Feedback on our suggestions

     

| PAX ERA Premium w/ Bluetooth \| 100% Authentic \| | Pax 2 Premium Portable Matte Black New Colors Fast | PAX 3 COMPLETE KIT! BRAND NEW SEALED! | Magnetic USB Charger Cable (1 PACK 2.6ft) ! FAST | Black Skin Magnetic USB Charger System Vinyl Wrap | Authentic SMOK² Infinix Kit / FIT KIT / OPT 3pc |
|---|---|---|---|---|---|
| $35.99 | $124.99 | $89.99 | $3.90 | $6.49 | $19.66 |
| $39.99 | | | | | |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | Last one | | | | Popular |

Back to search results      Return to top

More to explore :   Amp Parts for Dodge Charger,   Anti-Theft Devices for Dodge Charger,   Car Remote Start System Kits for Dodge Charger with Unspecified Warranty Length,
Mopar Car Remote Start System Kits for Dodge Charger,   Audiovox Car Remote Start System Kits for Dodge Charger,   Amp Wheels, Tires & Parts for Dodge Charger,
Amp Lug Nuts & Accessories for Dodge Charger,   OE Brand Parts for Dodge Charger,   Chrysler Car Remote Start System Kits for Dodge Charger,   Color Black Brand Nike

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice



# dealsbae







E-Cigar Charging Base

100% Authentic Joyetech
Roll Starter Kit
$29.99
Free shipping

Ju0ul Charging Base Stand
Portable Charger Skin Pod
$16.99
Free shipping

AUTHENTIC 0VNS SABER²
STARTER KIT 2 POD²
$22.99
Free shipping

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number:  143315453616

### Item specifics

Condition: New: A brand-new, unused, unopened, undamaged item in its original packaging
(where packaging is … Read more

# JUUL STARTER KIT

### 1 DEVICE+ CHARGER+ 4 PODS

### FAST FREE DISCREET SHIPPING, NO SIGNATURE REQUIRED!

### MUST BE 18 YEARS OR OLDER. PLEASE FOLLOW YOUR LOCAL LAWS!

Explore more options: Brand



**Suorin**          More

SPONSORED
Suo²rin Edge Star³ter Kit |
Sourin Device + USB
$39.99
Free shipping

Suo²rin Authorized Seller
Suo²rin Air V2 | USB
Cable+Pod² Star³ter Kit |
$7.88
Free shipping



**SMOK**          More

2019 New SMOK² Nord³
Pod³ Kit Outweigh Novo³
$22.99
Free shipping

SMOK INFINIX kit
Electronic Pen Electronic
$28.99
Free shipping
Popular



**Airistech**          More

AIRIS² TICK 650mah
Variable Voltage 510
$14.90
Free shipping
Popular

SPONSORED
Airistech AIRIS J Auto
Draw Activated 420mAh
$17.99
Free shipping

People who viewed this item also viewed  1/2          Feedback on our suggestions



Hot!! LV Orion DNA Go Pods
| .25 or .50 Ω | USA Seller |
$12.00
Free shipping



HOT!! SMOK² NOVO² Start
Kit | Replacement AIO³
$9.77
Free shipping



Suo²rin Air V2 | USB
Cable+Pod² Star²ter Kit |
$7.88
Free shipping



100% Authentic SMOK²
NOVOO Ultra Portable Pod²
$9.49
Free shipping



SPONSORED Arduino Basic
Starter Kit: UNO R3. LEDs,
$29.55
Free shipping



Buy 2 Get 1 |
Suorin1AirPods V2Sourin
$8.99
Free shipping

## Sponsored items based on your recent views

Feedback on our suggestions



Suo²rin Air V2 | USB
Cable+Pod² Star²ter Kit |
$7.88
Free shipping



Ju0ul Charging Base Stand
Portable Charger Skin Pod
$16.99
Free shipping



NEW Jmate PCC Portable
Jool Charger Charging Case
$26.95
Free shipping



JUUL Portable Charging
Case Juul case JUUL Power
$19.88
Free shipping

Super Slim Hardshell
carrying case for JUUL,hold
$11.99
+ $2.99 Shipping

Back to search results

Return to top

More to explore :  Rings Size 7 Free Shipping,  Fast Parts for Chrysler New Yorker,  Coffee Pods & K-Cups,  loose beads free shipping,  Alloy USA Parts for Chrysler New Yorker,  USA Standard Gear Parts for Chrysler New Yorker,  Alloy USA Differentials & Parts for Chrysler New Yorker,  USA Industries Alternators & Generators for Chrysler New Yorker,  USA Industries Starters for Chrysler New Yorker,  USA Industries Parts for Chrysler New Yorker

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

Norton SECURED





jhn2018







New Vape-Pen Starter
ull Mod Start Kit

Smoant Taggerz 200W
Starter Kit! Blue! Free

Ju0ul Charging Base Stand
Portable Charger Skin Pod

$40.99
Free shipping

$16.99
Free shipping

hipping

**Description** | **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

eBay item number: 143314787262

Last updated on  Jul 03, 2019 06:55:18 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Unbranded |
| MPN: | JUU STARTER KIT JUU PODS | UPC: | Does not apply |

1PCS/SET:

1PCS black color device+ 1pcs charger dock

Explore more options: Brand

**SMOK**                    More



SPONSORED
2019 New SMOK² Nord³
Pod³ Kit Outweigh Novo³
$22.99
Free shipping

1SMOK² Novo Kit All-in-
One 450mAh Battery 2ml
$16.99
Free shipping

**Blue**                    More



Case holder for 4JUUL |
Keep your device secure
$19.88
Free shipping

Case holder for 4JUUL |
Keep your device secure |
$8.99
Free shipping
Popular

**Arduino**                    More



Adeept Ultimate Starter
learning Kit for Arduino
$49.19
$69.99
Free shipping
Almost gone

Arduino Basic Starter Kit:
UNO R3. LEDs, Jumpers,
$8.95
Free shipping

People who viewed this item also viewed  1/2

Feedback on our suggestions

7/3/2019
Case 1:19-cv-01126-LO-IDD Document 8 Filed 08/29/19 Page 106 of 148 PageID# 153
100 Brand Basic Start Kit 1 only Black color device Charger FAST Shipping | eBay



**Black Basic Magnetic START KIT USB CHARGER**
$4.99
Free shipping



**JUUI Vape Starter Kit V3 - Mango, Mint, Creme,**
$55.95
+ $13.99 Shipping



**NEW Jmate PCC Portable Jool Charger Charging Case**
$26.95
Free shipping



**Myle device,Device only with Micro USB Charger, Original**
$18.85
Free shipping



**Arduino Basic Starter Kit: UNO R3. LEDs, Jumpers,**
$29.55
Free shipping
Last one



**Starter pen 1100mAh EVOD1 Battery+MT3 Tank +**
$4.98
Free shipping

---

Sponsored items based on your recent views
Feedback on our suggestions



**NEW Jmate PCC Portable Jool Charger Charging Case**
$26.95
Free shipping



**Yocan UNI Box Yo can Uni 100% Authentic USA Seller**
$16.95
Free shipping



**Adeept Ultimate Starter learning Kit for Arduino**
$44.27
$53.99
Free shipping
Almost gone



**Buy 2 Get 1 | Suorin1AirPods V2Sourin**
$8.99
Free shipping



**SMOK INFINIX kit with Battery Built-in**
$18.96
+ $3.00 Shipping



**Empty MYLE° Pods (4 of Pack) Fill Your Own Pods**
$16.99
Free shipping
Almost gone

---

Back to search results
Return to top

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ





**lisayue0208**



   

| | | | |
|---|---|---|---|
| 2019 New SMOK² VAPE³-PEN 22 Light Edition Starter | Sourin Drop Starter Kit - Includes USB Cable - 100% | Ju0ul Charging Base Stand Portable Charger Skin Pod | New Authentic Eleaf iStick Pico S 100W TC Vape |
| $23.99 | $25.50 | $16.99 | $46.99 |
| Free shipping | Free shipping | Free shipping | + $2.99 Shipping |

**Description**    **Shipping and payments**    Report item

Seller assumes all responsibility for this listing.
Last updated on  Jul 07, 2019 22:46:43 PDT  View all revisions

eBay item number: 202727478790

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | JUU |
|---|---|---|---|
| MPN: | JUU STARTER KIT JUU PODS | Model: | JUU STARTER KIT JUU PODS |

# 100% New !JUUL! Basic Starter1 Kit1 Only Charger+ Device + 4 PODS

# Quantity is limited , each buyer only could buy 2pcs Max

### People were also interested in

     

| SPONSORED JUUL00 and all accessory (Look at description,same as | 100% New !JU*L! Basic Starter1 Ki Only Charger+ | Starter Kit UNO R3 Breadboard jumper for | 100% Brand Basic Starter 1 Kit1 Gray Brand 1 Device 1 | Starter pen 1100mAh EVOD1 Battery+MT3 Tank + | Brand New Basic Starter 1 Kit 2pods |
|---|---|---|---|---|---|
| $36.99 | $21.99 | $28.89 | $40.00 | $4.98 | $27.98 |
| Free shipping | Free shipping | Free shipping | + $3.74 Shipping Last one | Free shipping | Free shipping |

### People who viewed this item also viewed  1/2

Feedback on our suggestions



**Original NAKED1 NKD100 For V²ape Pen American**
$14.88
Free shipping



**100% New !JU*L! Basic Starter1 Ki Only Charger+**
$21.99
Free shipping



**JUUL00 and all accessory (Look at description,same as**
$36.99
Free shipping





**AUTHENTIC**
$21.99
Free shipping



**NEW SIMCOM SIM900 Quad-band GSM GPRS**
$24.66
Free shipping
Popular



**Starter Kit UNO R3 Breadboard jumper for**
$28.89
Free shipping

---

Sponsored items based on your recent views  1/2

Feedback on our suggestions



**Nelk Boys Exclusive Full Send Juul Skin (red)**
$20.00
+ $4.81 Shipping



**Original Justfog Q16 Starter Kit w/ 1.9ml Justfog Q16**
$30.34
Free shipping



**x2 Amigo-Max Battery Variable Voltage Vape_Oil**
$17.29
Free shipping



**NEW Jmate PCC Portable Jool Charger Charging Case**
$26.95
Free shipping



**LOng Alva Vape Slim Starter Kit Tank Cartridge Ceramic**
$25.99
+ $1.99 Shipping



**Empty MYLE° Pods (4 of Pack) Fill Your Own Pods**
$16.99
Free shipping
Almost gone

---

Back to search results

Return to top

More to explore :  Ju Ju Be Diaper Bags,   Anti-Theft Devices for Dodge Charger,   Ju Ju Be,   Ju-Ju-Be Floral Diaper Bags,   Ju-Ju-Be Baby Diapering Products,   Ju-Ju-Be Polyester Diaper Bags,   Ju-Ju-Be Multi-Color Diaper Bags,   Ju-Ju-Be Girls Diaper Bags,   Ju-Ju-Be Unisex Diaper Bags,   Ju-Ju-Be Black Diaper Bags

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**slowrain2019**











2019 New SMOK² VAPE³- PEN 22 Light Edition Starter
$23.99
Free shipping

Sourin Drop Starter Kit - Includes USB Cable - 100%
$25.50
Free shipping

Ju0ul Charging Base Stand Portable Charger Skin Pod
$16.99
Free shipping

New Authentic Eleaf iStick Pico S 100W TC Vape
$46.99
+ $2.99 Shipping

| Description | Shipping and payments | | Report item |
| --- | --- | --- | --- |

eBay item number: 333260670914

Seller assumes all responsibility for this listing.
Last updated on  Jul 08, 2019 02:44:32 PDT  View all revisions

**Item specifics**

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | Does Not Apply |
| --- | --- | --- | --- |
| Brand: | Unbranded | UPC: | Does not apply |

-1x ( Rechargeable JUUL device)
-1x (Multi JUUL pod 4-pack)
-1x (USB charger)


Flavor of Pods: Combination, Tobacco, Fruit, Mint


BUILT TO SATISFY

The right nicotine strength and vapor quality to provide a powerful and smooth experience controlled power and temperature allow for a smooth deliv wick cartridge system ensures thick, consistent, flavorful vapor.

SMART INTERFACE

Easy to use - no buttons or switches, simply insert JUULpod into JUUL and draw indicator light communicates battery life and pull strength magnetic temperature regulation.

TECHNOLOGY & CHEMISTRY

Small battery with high discharge rate to accommodate ~200 puffs/charge juice & cartridge sponge wick system efficiently deliver full and consistent v regulation delivers appropriate amounts of power during use.

More from this seller

Feedback on our suggestions







JUUL00 and all accessory (Look at description,same as
$36.99
Free shipping

JUUL00 and all accessory (Look at description,same as
$36.99
Free shipping

JUUL00 and all accessory (Look at description,same as
$36.99
Free shipping

## People were also interested in

     

SPONSORED
JUUL00 and all accessory (Look at description,same as
$36.99
Free shipping

100% New !JU*L! Basic Starter1 Ki Only Charger+
$30.99
Free shipping

100% New !JU*L! Basic Starter1 Ki Only Charger+
$21.99
Free shipping

AUTHENTIC PODS & KITS
$21.99
Free shipping

Fruits Flavor 500 Puffs Disposable Vapor Hookah
$1.71
+ $0.21 Shipping

JUUL00 and all accessory (Look at description,same as
$36.99
Free shipping

## People who viewed this item also viewed  1/2

Feedback on our suggestions

     

AUTHENTIC PODS & KITS
$21.99
Free shipping

JUUL00 and all accessory (Look at description,same as
$36.99
Free shipping

100% New !JU*L! Basic Starter1 Ki Only Charger+
$30.99
Free shipping

100% New !JU*L! Basic Starter1 Ki Only Charger+
$21.99
Free shipping

JUUL00 and all accessory (Look at description,same as
$36.99
Free shipping

Fruits Flavor 500 Puffs Disposable Vapor Hookah
$1.71
+ $0.21 Shipping

## Sponsored items based on your recent views

Feedback on our suggestions

      

JUUL00 and all accessory (Look at description,same as
$36.99
Free shipping

AUTHENTIC PODS & KITS
$21.99
Free shipping

JUUL00 and all accessory (Look at description,same as
$36.99
Free shipping

Nelk Boys Exclusive Full Send Juul Skin (red)
$20.00
+ $4.81 Shipping

Original Justfog Q16 Starter Kit w/ 1.9ml Justfog Q16
$30.34
Free shipping

x2 Amigo-Max Battery Variable Voltage Vape_Oil
$17.29
Free shipping

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results       Return to top

More to explore :   Camera & Photo Accessories,   HO Scale Model Railroads & Trains with Used Look,   N Scale Model Railroads & Trains with Used Look,   Sony Camera and Photo Accessories,   Camera and Photo Accessories for Fujifilm,   Camera and Photo Accessories for Canon,   Camera and Photo Accessories for Philips,   Camera and Photo Accessories for Mamiya,   Camera and Photo Accessories for Panasonic,   Hasselblad Camera & Photo Accessories

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**catgra_30**



     


E-Cigar Charging Base

2019 New SMOK² VAPE³-PEN 22 Light Edition Starter
$23.99
Free shipping

Sourin Drop Starter Kit - Includes USB Cable - 100%
$25.50
Free shipping

New Authentic Eleaf iStick Pico S 100W TC Vape
$46.99
+ $2.99 Shipping

Ju0ul Charging Base Stand Portable Charger Skin Pod
$16.99
Free shipping

Skin Decal for YourJUUL Vape - Electrify Ice Blue - 2-
$7.49
~~$9.99~~
Free shipping

Portable Pouch Case Outdoor Carrying Bag for
$7.69
Free shipping

---

**Description**    **Shipping and payments**        Report item

Seller assumes all responsibility for this listing.       eBay item number: 352710385064
Last updated on Jul 06, 2019 10:58:26 PDT   View all revisions

**Item specifics**

Condition:    New: A brand-new, unused, unopened, undamaged item in its original packaging
             (where packaging is … Read more

100% Brand Basic Starter1 Kit1 Gray Brand New Real . Condition is New. Shipped with USPS First Class Package. Follow me on Snapchat for more natechurch54 100% real you won

---

Explore more options: Brand

| Suorin | More |
| SMOK | More |
| Vgod | More |





SMOK Nord Kit



SPONSORED
Suorin Air V2 | USB Cable+Pod² Star³ter Kit |
$23.50
Free shipping

Suo²rin Air V2 Kit | Includes Pod² + USB
$7.90
Free shipping

Original Smok² Nord Vape² Pen Starter² Kit
$23.99
+ $4.00 Shipping

SPONSORED
1Smok³1 0Nord⁰0 Kit Outweigh 1Novo³1 kit ALL
$22.88
Free shipping

SPONSORED
V²GOD Sti²g - Authentic Disposable 3 Pieces
$17.99
Free shipping

STIG 3pc/Pack Disposable Device |100%
$16.99
+ $9.30 Shipping

---

People who viewed this item also viewed   1/2        Feedback on our suggestions


**AUTHENTIC PODS & KITS**

$21.99
Free shipping


**100% New !JU*L! Basic Starter1 Ki Only Charger+**

$30.99
Free shipping


**JUUL00 and all accessory (Look at description,same as**

$36.99
Free shipping


**JUUL00 and all accessory (Look at description,same as**

$36.99
Free shipping


**V²GOD Sti²g - M³Life Authentic Disposable 3**

$19.99
Free shipping


**100% New !JU*L! Basic Starter1 Ki Only Charger+**

$21.99
Free shipping

---

**Sponsored items based on your recent views**  1/2                                     Feedback on our suggestions


**In stock VOOPOO DRAG 2 177W TC Box MOD e**

$39.40
Free shipping


**Magnetic USB Smart Charger Cable | Portable**

$5.99
Free shipping



**Large 3D Printed 4JUUL Travel Case**

$18.99
Free shipping
Popular


**AUTHENTIC PODS & KITS**

$21.99
Free shipping


**JUUL00 and all accessory (Look at description,same as**

$36.99
Free shipping


**JUUL00 and all accessory (Look at description,same as**

$36.99
Free shipping

---

Back to search results                                                                Return to top

More to explore :  1:6 RC Chargers,   Brand New Memorabilia,   Lucky Brand 100% Cotton Basic Tees for Men,   15 1/2 in Doll Dolls by Brand, Company & Character,   1:8 RC Chargers,
bastien piano basics level 1,   Lucky Brand Low 3/4" to 1 1/2" Women's Boots,   Residential Real Estate with 1 Bathrooms,   Brand New Series 1 Garbage Pail Kids Trading Cards & Merchandise,   brazil 1 real

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**wtxsing-1**

Case 1:19-cv-01126-LO-IDD   Document 8   Filed 08/29/19   Page 121 of 148 PageID# 168

Hi t!    Daily Deals    Gift Cards    Help & Contact    Sell

ebay  Shop by category

Search for anything 🔍    All Categories

Back to home page  | Listed in category:    Consumer Electronics  >  Other Consumer Electronics





**Brand New MANGO PODS1 - Free Shipping -USPS FAST FREE SHIPPING TOP**

🔥 14 viewed per hour

| | |
|---|---|
| Condition: | **New** |
| Quantity: | 1    More than 10 available / **26 sold in 24 hours** |
| Price: | US $11.90 |

**Buy It Now**

**Add to cart**

Add to watch list

A seller you've bought from    26 sold    Free shipping

| | |
|---|---|
| Shipping: | **FREE**  Standard Shipping | See details |
| | Item location: La Puente, California, United States |
| | Ships to: United States |
| Delivery: | Estimated on or before **Thu. Jul. 18** to 20120 |
| Payments: | |
| | **PayPal CREDIT** |
| | Special financing available. Apply Now | See terms |
| Returns: | 30 day returns. Buyer pays for return shipping | See details |

Shop with confidence

eBay Mo...
Get the ite...
money ba...

Seller informa...
wtxsing-1 (0 )
...........................
Save this Sel...
Contact seller
See other items

Have one to sell?  **Sell now**

Similar sponsored items  1/2













HOT!!! Sub Lite40 Ohm 3ML Kit 2200mAh Micro USB Box
$7.43
$7.99
Free shipping
Popular

Authentic SMOK² Infinix Kit / FIT KIT / OPT 3pc Replace-
$9.99
Free shipping

Sourin Vagon Pod² 2ML Re-placement Cartridge 1 Pack
$9.90
Free shipping

Stig Vgod Iced Mango Bomb Disposable Brand New 1
$19.99
Free shipping

HOT!! SMOK³ NOVO³ Start Kit | Replacement AIO³
$9.77
Free shipping

A...
Al...
$9
Fr

Case 1:19-cv-01126-LO-IDD   Document 8   Filed 08/29/19   Page 122 of 148 PageID# 169

| **Description** | **Shipping and payments** |
|---|---|

eBay iter

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Unbranded |
| MPN: | JUL PODS | UPC: | Does not apply |

Brand New MANGO PODS - Free Shipping -USPS FAST FREE SHIPPING TOP

Back to home page

More to explore :   Rings Size 7 Free Shipping,   loose beads free shipping,   Shipping Containers,   Model Ship,   Feathers Free Shipping Indiana Craft Feathers,   Ship in a Bottle,   Laptop Free Shipping Indiana PC Laptops & Netbooks,   Bangle Bracelet Free Shipping Indiana Fashion Bracelets,   vegetable seeds free shipping,   nail polish free shipping

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

**benjy951**



Back to search results | Listed in category:    Consumer Electronics  >  Other Consumer Electronics

| Add to watch list



### 100% New 0Juul0 pack Set USA FAST SHIPPING

🔥 7 viewed per hour

Condition:    **New**

Price:    **US $14.99**    Buy It Now

Add to cart

Best Offer:    Make Offer

Add to watch list

☐ 3-year protection plan from SquareTrade - $1.99

**Ships from United States**

Shipping:    $4.06 Standard Shipping | See details
Item location: Riverside, California, United States
Ships to: United States

Delivery:    Estimated on or before **Thu. Jul. 18** to 20036

Payments:

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns:    Seller does not accept returns | See details

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

#### Seller information
benjy951 (4 )

Save this Seller
Contact seller
See other items


Have one to sell?    Sell now

---

### People who viewed this item also viewed  1/2

Feedback on our suggestions



100% New 00JUUL00 Device with All accessories
$28.99
Free shipping

Sm0k Procolor Kit w/ big baby NEW 100% authentic,
$45.99
Free shipping

100% New 0Juul0 pack Set USA FAST SHIPPING
$14.99
+ Shipping

100% New 0Juul0 pack Set USA FAST SHIPPING
$14.99
+ Shipping

SMOK³ TFV12 Prince 8ML Single Tank With V12 Prince
$6.99
Free shipping
**Popular**

(2 PACK) 3ft Magnetic USB Charger Cable Cord! FAST
$8.99
Free shipping

---



| Description | Shipping and payments |

Report item

eBay item number: 283544286156

Seller assumes all responsibility for this listing.
Last updated on  Jul 11, 2019 03:35:55 PDT  View all revisions

#### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Unbranded |
| MPN: | Does Not Apply | | |

100% New 0Juul0 pack Set USA FAST SHIPPING . Condition is New. Shipped with USPS First Class Package.

Back to search results
Return to top

More to explore :  Space Ship LEGO Sets & Packs,   Ship/Boat LEGO Sets & Packs,   Other Packing & Shipping,   LEGO Space Ship Complete Sets & Packs Lego,   LEGO Sets & Packs Ship in a Bottle,
Packing & Shipping Bags,   Lego Ship/Boat Plastic LEGO Sets & Packs,   Ship/Boat Friends LEGO Sets & Packs,   Lego Ship/Boat LEGO Sets & Packs without Custom Bundle,
Space Ship LEGO Sets & Packs Benny

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

fuzuanpifa

Hi! Sign in or register    Daily Deals    Gift Cards    Help & Contact                                    Sell    My eBay    🛒 2

**ebay**    Shop by category    [Search for anything]    All Categories ▾    Search

Back to search results  |  Listed in category:    Consumer Electronics  >  Other Consumer Electronics                    | Add to watch list



### 100% New Basic STARTER KIT WITH 4 P0DS USA FAST SHIPPING

🔥 1 viewed per hour

| Condition: | New |
| --- | --- |
| Color: | Black ▾ |
| Quantity: | 1    5 available / 7 sold |

| Price: | US $26.99 | Buy It Now |
| --- | --- | --- |
| | | Add to cart |
| | | Add to watch list |

☐ 3-year protection plan from SquareTrade - $2.99

**Limited quantity remaining** | More than 57% sold | Free shipping

| Shipping: | FREE Standard Shipping | See details |
| --- | --- |
| | Item location: Carmichael, California, United States |
| | Ships to: United States |
| Delivery: | Estimated on or before **Fri. Jul. 19** to 20036 |
| Payments: | |
| | **PayPal CREDIT** |
| | Special financing available. Apply Now | See terms |
| Returns: | Seller does not accept returns | See details |

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
fuzuanpifa (18  )
100% Positive feedback

Save this Seller
Contact seller
See other items

Have one to sell?   [Sell now]

---

### People who viewed this item also viewed  1/2                    Feedback on our suggestions



| 100% New Basic STARTER KIT WITH 4 P0DS USA | Brand New MANGO PODS1 - Free Shipping -USPS | Myle device, Only device 100% Brand NEW US Stock | 100% New !JU*L! Basic Starter1 Ki Only Charger+ | Myle device Only with USB Charger Sealed Package | Empty MYLE° Pods (4 of Pack) Fill Your Own Pods |
| --- | --- | --- | --- | --- | --- |
| $26.99 | $11.90 | $18.97 | $21.99 | $18.75 | $16.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | Last one | | | | Almost gone |

---



| **Description** | **Shipping and payments** | | Report item |
| --- | --- | --- | --- |

Seller assumes all responsibility for this listing.                    eBay item number: 173947996676
Last updated on Jul 11, 2019 18:31:16 PDT   View all revisions

**Item specifics**

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| --- | --- | --- | --- |
| MPN: | JUU0L STARTER KIT | Model: | JUU0L STARTER KIT |

**100% New Basic STARTER KIT WITH 4 P0DS USA FAST SHIPPING**

## Explore more options: Brand



Kandypens

NEW Kandypens RUBI
Refillable Cartridges
$9.99
Free shipping

KandyPens RUBI Refillable
Replacement P0ds [2-12x]
$17.92
Free shipping

KandyPens RUBI **100%
AUTHENTIC - FREE
$38.50
Free shipping



SMOK

Authentic Smok³ Nord Pod²
/ Mesh coil² / Regular coil² /
$9.88
Free shipping

SMOK³ NOVO³ 450mAh
2ml All In One Pod³ System
$16.89
Free shipping

SMOK² NOVO²
Replacement Pod² 2ml
$8.90
+ $1.99 Shipping



People who viewed this item also viewed  1/2

Feedback on our suggestions

Brand New MANGO PODS1
- Free Shipping -USPS
$11.90
Free shipping
Last one

AUTHENTIC SIGELEI²
Sobra 198W TC KIT + Opt
$49.89
Free shipping

100% New !JU*L! Basic
Starter1 Ki Only Charger+
$21.99
Free shipping

Authentic Kado² Stealth Ultra
Portable P0D System KIT -
$19.89
Free shipping

Authentic TeslaCigs² TPOD
KIT w/2mL Capacity /
$29.89
Free shipping

AUTHENTIC SMOK²
Devilkin 225W TC KIT + Opt
$61.89
Free shipping

Back to search results                                                                                              Return to top

More to explore :   USA Industries Starters for Honda Accord,   USA Industries Starters for Ford F-100,   USA Industries Starters for Ford Explorer,   USA Industries Starters for Ford Ranger,
USA Industries Starters for Toyota Corolla,   USA Industries Starters for Dodge Charger,   USA Industries Starters for Nissan Maxima,   USA Industries Starters for Hyundai Sonata,
USA Industries Starters for Dodge Dakota,   USA Industries Starters for BMW 328i

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

**shelli-10**





Last updated on  Jul 15, 2019 09:38:21 PDT   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Unbranded |
| MPN: | JU0UL Starter kit | UPC: | Does not apply |

shelli-10                                                                                            Visit my eBay store



Sign up for newsletter

[                    ]  [ Search Store ]

 Items On Sale

**Store Categories**

**Store home**

**Clothing, Shoes & Accessories**
- Women's Accessories
- Women's Clothing
- Men's Accessories

**Home & Garden**
- Kitchen, Dining & Bar
- Household Supplies & Cleaning
- Greeting Cards & Party Supply

**Jewelry & Watches**
- Fashion Jewelry
- Men's Jewelry
- Fine Jewelry

## You may like

| 1PCS Fruits Flavors Disposable Electro... | SMOK² NOVO² Starter² Kit AIO Po... | Brand New MANGO PODS1 - Free... | Smok³ Nord³ Pod³ Kit Outweigh Novo³ ki... | Smok² NOVO² Replacement Pods²... | Evod1 Battery 900mAh Mini Ago... | Two Pack Mang Pods1 Brand N... |
|---|---|---|---|---|---|---|
| $1.49  $1.59 | $16.99 | $12.15  $12.93 | $6.56  $6.98 | $9.11  $9.69 | $7.51  $7.99 | $18.76  $19.96 |

| Nord Replacement Cartridge Pod² 3ml ... | 100% New 5JUUL STARTER KIT... | 100% New 5JUUL STARTER KIT... | Brand New Pods1 multiple flavor... | 100% New 5JUUL STARTER KIT... | 100% New 00JUUL00 Device... | 100% New 00JUUL00 Dev... |
|---|---|---|---|---|---|---|
| $6.1  $6.47 | $19.99 | $19.99 | $12.99 | $29.99 | $17.85 | $17.85 |

**100% New !J\*\*L! Basic Starter1 Kit1 Only Charger No Pods Black Color**

## Welcom to shelli-10

| Brand New Pods1 multiple flavor... | 100% New 1Basic1 1Starter Kit Creme... | 100% New 5JUUL STARTER KIT... | New 5JUUL WITH 4 P0DS USA FAST... | 100% New 00JUUL00 Device... | 100% New 00JUUL00 Device... | New 5JUUL W P0DS USA FAS... |
|---|---|---|---|---|---|---|
| $12.99 | $29.8 | $19.99 | $12.21 | $29.99 | $17.85 | $12.21 |

| 100% New 5JUUL STARTER KIT... | 100% New 5JUUL STARTER KIT... | 100% New 00JUUL00 Device... | 100% New Device ONLY DEVICE... | New WITH 4 P0DS USA FAST... | 100% New STARTER KIT... | 100% New STARTER KIT... |
|---|---|---|---|---|---|---|
| $29.99 | $19.99 | $17.85 | $17.85 | $12.21 | $29.99 | $19.99 |

| 100% New 00JUUL00 Device... | 100% New 5JUUL STARTER KIT... | 100% New 5JUUL STARTER KIT... | 100% New 00JUUL00 Device... | New 5JUUL WITH 4 P0DS USA FAST... | 100% New 5JUUL STARTER KIT... | 100% New 00JUUL00 Dev... |
|---|---|---|---|---|---|---|
| $29.99 | $19.96 | $19.99 | $17.85 | $12.21 | $29.99 | $29.99 |

| 100% New 00JUUL00 Device… | New 5JUUL WITH 4 P0DS USA FAST… | 100% New 00JUUL00 Device… | 100% New 00JUUL00 Device… | 100% New 5JUUL STARTER KIT… | 100% New 5JUUL STARTER KIT… | New 5JUUL W P0DS USA FAS |
|---|---|---|---|---|---|---|
| $17.85 | $12.21 | $17.85 | $29.99 | $29.99 | $19.99 | $12.21 |
| 100% New 5JUUL STARTER KIT… | 100% New 5JUUL STARTER KIT… | 100% New 00JUUL00 Device… | New 5JUUL WITH 4 P0DS USA FAST… | 100% New 00JUUL00 Device… | 100% New 5JUUL STARTER KIT… | 100% New 5JU STARTER KIT… |
| $29.99 | $19.99 | $17.85 | $12.21 | $29.99 | $29.99 | $19.99 |

Back to search results                                                                                          Return to top

More to explore :   R Pod,   j jill l,   pod chair,   Dried Pods,   pod x3,   New Era Black 100% Cotton Hats for Men,   New Era Black 100% Wool Hats for Men,
BLACK+DECKER No (Body Only) Power Tool Batteries & Chargers,   Donald J. Trump 100% Cotton Basic Tees for Men,   Nxe Pod Pack Indiana Paintball Harnesses & Pods

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

moja2872



ebay    Shop by category

Search for anything                                      All Categories ▼    Search

Back to search results | Listed in category:  Consumer Electronics > Other Consumer Electronics                              Add to watch list





Have one to sell?   Sell now

### Mango Pods Brand New One pack with 4 Pods, SEALED US SELLER FREE SHIPPING pack

🔥 15 viewed per day



Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
moja2872 (5 )
100% Positive feedback

Save this Seller
Contact seller
See other items

Similar sponsored items 1/2                                                    Feedback on our suggestions



USA Pods Choose Flavor Mint Cucumber Fruit Mango
$15.95
Free shipping
Popular

Brand New Mango Flavor Pods , One box with 4 pods
$14.99
Free shipping

Mango Pods Brand New One pack with 4 Pods,
$17.99
Free shipping

Black JUUL00 and all accessory (Look at
$37.99
Free shipping
Almost gone

J##L VIRGINIA TOBACCO P0DS 5% - 1 PACK (4
$19.98
Free shipping

J##L MINT P0DS 5% - 1 PACK (4 P0DS) - 100%
$19.97
Free shipping



| Description | Shipping and payments |                                             Report item

Seller assumes all responsibility for this listing.

eBay item number: 392308881026

Last updated on  Jun 04, 2019 19:49:36 PDT  View all revisions

Item specifics

Condition:  New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more

Brand:  Unbranded

| MPN: | Does Not Apply |
|---|---|

Mango Pods Brand New One pack with 4 Pods, SEALED US SELLER FREE SHIPPING pack. Condition is New. Shipped with USPS Media Mail.

Explore more options: Brand

**SMOK**                                                                                 More

  

SPONSORED
SMOK NOVO Device Kit

$26.99
+ $6.50 Shipping

US Authentic Smok³ Nord³
Pod³ Kit Outweigh Novo³ kit
$9.98
Free shipping
Popular

Gold Smok prince stick kit
and Smok Prince Max
$55.00
Free shipping

**3M**

  

SPONSORED
Skin 4JUUL Vinyl Wrap -
3M Decal Sticker - Bunny
$6.50
Free shipping

4JUUL Skin Skins decal
wrap sticker premium - -
$3.99
Free shipping

Skin 4JUUL Vinyl Wrap -
3M Decal Sticker -
$4.99
Free shipping

**People who viewed this item also viewed  1/2**                                    Feedback on our suggestions

      

USA Pods Choose Flavor
Mint Cucumber Fruit Mango
$15.95
Free shipping
Popular

Brand New Mango Flavor
Pods , One box with 4 pods
$14.99
Free shipping

J##L VIRGINIA TOBACCO
PODS 5% - 1 PACK (4
$19.98
Free shipping

Mango Pods Brand New
One pack with 4 Pods,
$17.99
Free shipping

Brand New P0DS multiple
flavor MANG0/C00LIMint/KIT
$19.98
Free shipping

J##L MENTHOL P0DS 5% -
1 PACK (4 P0DS) - 100%
$19.98
Free shipping

**Sponsored items based on your recent views  1/2**                              Feedback on our suggestions

      

Brand New P0DS multiple
flavor MANG0/C00LIMint/KIT
$19.98
Free shipping

Mango Pods Brand New
One pack with 4 Pods,
$17.99
Free shipping

J##L MINT P0DS 5% - 1
PACK (4 P0DS) - 100%
$19.97
Free shipping

Brand New Mango Flavor
Pods , One box with 4 pods
$14.99
Free shipping

USA Pods Choose Flavor
Mint Cucumber Fruit Mango
$15.95
Free shipping
Popular

Rose Gold JUUL00 and all
accessory (Look at
$37.99
Free shipping

Back to search results

Return to top

More to explore :   Other Packing & Shipping,   Coffee Pods & K-Cups,   Tide Pods,   X-Pod LEGO Sets & Packs,   Bat-Pod LEGO Sets & Packs,   Space Ship LEGO Sets & Packs,   Grip Pod Bipods & Monopods,   Organic Coffee Pods & K-Cups,   R Pod,   Paintball Harnesses & Pods

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice



spadesking







Categories

Other

Lot Of 50 Empty Pods With Caps - 100% Genuine - Blanks - MINT. Condition is Used. Shipped with USPS First Class Package.

Back to search results

Return to top

More to explore :  Genuine OEM Car & Truck Key Blanks for Ford,   Genuine OEM Car & Truck Key Blanks for Toyota,   Genuine OEM Car & Truck Key Blanks for Honda,
Genuine OEM Car & Truck Key Blanks for Nissan,   Genuine OEM Car & Truck Key Blanks for Dodge,   Genuine OEM Car & Truck Key Blanks for Lexus,   Genuine OEM Car & Truck Key Blanks for Mazda,
Genuine OEM Car & Truck Key Blanks for Subaru,   Genuine OEM Key Blanks for Ford Mustang,   Genuine OEM Key Blanks for Toyota Corolla

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

jnali13



**owetoe5400**







Lot Of 82 Empty Pods With Caps - 100% Genuine - Blanks -. Condition is Used.

You will get exact what is in the picture. 2 of them don't have the caps. Also most of them have a little remaining juice and are not bone dry.

---

People who viewed this item also viewed

Feedback on our suggestions



Empty Pods (50ct)

$30.00
+ $4.57 Shipping     0 bids

Lot Of 50 Empty Pods With Caps - 100% Genuine -

$22.50
+ $3.50 Shipping     19 bids



60 Empty Pods With Caps - 100% Genuine - Blanks

$35.00
Free shipping     0 bids

100 DAB POD Pods Empty J 0.7ml Ceramic Coil Distillate

$1.00
Free shipping     0 bids

---

Back to search results        Return to top

More to explore :   Genuine OEM Car & Truck Key Blanks for Ford,   Genuine OEM Car & Truck Key Blanks for Toyota,   Genuine OEM Car & Truck Key Blanks for Honda,
Genuine OEM Car & Truck Key Blanks for Dodge,   Genuine OEM Key Blanks for Ford F-150,   Genuine OEM Car & Truck Key Blanks for Mazda,   Genuine OEM Car & Truck Key Blanks for Subaru,
Genuine OEM Key Blanks for Ford Ranger,   Genuine OEM Car & Truck Key Blanks for Volvo,   Genuine OEM Key Blanks for Toyota 4Runner

---

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

# bimil-22



jewel silver. Condition is New. Shipped with USPS First Class Package.

JUUL00 100% Authentic

## Sponsored items based on your recent views  1/2

Feedback on our suggestions








| | | | | | |
|---|---|---|---|---|---|
| 6S2.7V Super Capacitor Balance Protection Board | 10x21mm UV/LED Triplet Illuminated Loupe-Dual Light | 5 Pcs SMOK 0.25ohm/0.15ohm | Apple AirPods Charging Case Genuine Apple Airpods | New Genuine Apple AirPods 2nd Generation with | (ONLY Right SIDE) 10/10 Condition Original Authentic |
| $12.95 | $19.99 | $4.26 | $49.98 | $179.00 | $57.99 |
| Free shipping | Free shipping | ~~$4.48~~ | Free shipping | Free shipping | Free shipping |
| | | Free shipping | Popular | | |
| | | Popular | | | |

## People who viewed this item also viewed  1/2

Feedback on our suggestions








| | | | | | |
|---|---|---|---|---|---|
| SEIKO 5 SYMA41 SYMA41K1 Automatic 21 | SEIKO 5SYMC21 SYMC21K1 Automatic 21 | Gemological Gem Refractometer with External | Pocket Diffraction Grating Spectroscope Gem Tool | SEIKO 5 SNXS77 SNXS77K1 Automatic 21 | Atmos Jewel Kit with USB Charger Dry Pen - Multiple |
| $575.95 | $576.95 | $83.97 | $30.05 | $599.00 | $22.95 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Last one | | | Popular | | |

Back to search results                                                                                          Return to top

More to explore :  Kay Jewelers,   jewelers hammer,   Silver Jeweled Flats for Women,   jewelers anvil,   jewelers vise,   Run the Jewels,   jewelers torch,   Jeweler's Torch,   Jewel Kade Necklaces & Pendants,   Women's Dainty Jewells Clothing

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

