FILED UNDER SEAL

# Exhibit 3

niceflower99

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

Credit or debit card

○ [card]

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: niceflower99    Message to seller

Mango Pods Brand New , One Pack with 4 pods ,New Sealed, US Seller
**$13.99**

Quantity    [ 1 ▾ ]

**Delivery**
Est. delivery: Wed, May 29
Standard Shipping
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____    [ Apply ]

## Donate to charity (optional) ⓘ
The Arthritis Foundation
Arthritis is the #1 cause of disability in America. Make a donation and help find a cure!

Select amount

---

| Subtotal (1 item) | $13.99 |
| Shipping | Free |
| **Order total** | **$13.99** |

[ 🔒 Confirm and pay ]

**Select a payment option**

eBay MONEY BACK GUARANTEE
See details

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



freshsoles1234

 Checkout

## Pay with

Credit or debit card

○

○  **PayPal**

○  **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

---

### Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

---

### Review item and shipping

Seller: freshsoles1234 | **Message to seller**

Mint Pods Brand New , One Pack with 4 pods ,New Sealed, US Seller
**$17.99**

Quantity | [ 1 ▾ ]

**Delivery**
Est. delivery: Tue, May 28
USPS First Class Package
**$3.70**

---

### Gift cards, coupons, eBay Bucks

Enter code: _____ | [ Apply ]

---

### Donate to charity (optional) ⓘ
The Arthritis Foundation
Arthritis is the #1 cause of disability in America. Make a donation and help find a cure!

**Select amount**

---

| | |
|---|---|
| Subtotal (1 item) | $17.99 |
| Shipping | $3.70 |
| **Order total** | **$21.69** |

[ 🔒 Confirm and pay ]

**Select a payment option**

eBay MONEY BACK GUARANTEE
**See details**

---

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



maoloashop

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

Credit or debit card

○ 💳

○ **Pay**Pal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

---

### Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

---

### Review item and shipping

Seller: maoloashop | Message to seller

Pods Fruit 5% U.S. Seller
**$15.99**

Quantity [ 1 ▾ ]

**Delivery**
Est. delivery: Tue, May 28
USPS First Class Package
**Free**

---

### Gift cards, coupons, eBay Bucks

Enter code: _____ [ Apply ]

---

### Donate to charity (optional) ⓘ
The Arthritis Foundation
Arthritis is the #1 cause of disability in America. Make a donation and help find a cure!

Select amount

---

| Subtotal (1 item) | $15.99 |
|---|---|
| Shipping | Free |
| **Order total** | **$15.99** |

🔒 Confirm and pay

**Select a payment option**

**eb**a**y** MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



frano_9418

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

Credit or debit card

○

○  **PayPal**

○  **PayPal CREDIT**
Special financing available.
Apply now. See terms

**Subtotal (1 item)**        $29.99
Shipping                          Free

**Order total**              **$29.99**

🔒 Confirm and pay

**Select a payment option**
**ebay** MONEY BACK GUARANTEE
See details

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller:  frano_9418    Message to seller

2019 New Basic Starter1 Kit1 Creme Brulee Cool Mint
Fruit Medley 4 Pods #T-JLV3
Color: Red
**$29.99**

Quantity    | 1 ▼ |

**Delivery**
Est. delivery: May 24 – 28
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:                    Apply

## Donate to charity (optional) ⓘ
The Arthritis Foundation
Arthritis is the #1 cause of disability in America. Make a donation and help find a cure!

Select amount

Copyright © 1995-2019 eBay Inc. Alle Rechte vorbehalten. eBay-AGB, Datenschutzerklärung, Erklärung zur Verwendung von Cookies und AdChoice ⓘ

greenfield2019

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

Credit or debit card

○ 

○ **Pay**Pal

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: greenfield2019 | Message to seller

JUUL00 and all accessory (Look at description,same as photo) US SHIP Gold
**$37.99**

Quantity [ 1 ▼ ]

**Delivery**
Est. delivery: Tue, May 28
Standard Shipping
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____  [ Apply ]

## Donate to charity (optional) ⓘ
The Arthritis Foundation
Arthritis is the #1 cause of disability in America. Make a donation and help find a cure!

Select amount

---

| Subtotal (1 item) | $37.99 |
|---|---|
| Shipping | Free |

**Order total** **$37.99**

[ 🔒 Confirm and pay ]

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



trifecta**

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

Credit or debit card

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: trifecta**    Message to seller

Brand New Basic S²tarter K²it Device Charger - US Seller
**$27.99**

Quantity  | 1 ▼ |

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Tue, May 28**
If paid within 6h 26m
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

## Donate to charity (optional) ⓘ
The Arthritis Foundation
Arthritis is the #1 cause of disability in America. Make a donation and help find a cure!

Select amount

---

| Subtotal (1 item) | $27.99 |
| Shipping | Free |

**Order total**    **$27.99**

🔒 Confirm and pay

**Select a payment option**
eb̲ay MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



agja-5684

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○  **Pay**Pal

○  **P**Pal **CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: agja-5684  |  **Message to seller**

100% New Blasic S1tarter1 Kit1 Creme Brulee Cool Mint Fruit
Medley 4 Pods
**$28.00**

Quantity  | 1 ▾ |

**Delivery**
Est. delivery: Fri, May 31
USPS Parcel Select Ground
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____   **Apply**

## Donate to charity (optional) ⓘ
The Arthritis Foundation
Arthritis is the #1 cause of disability in America. Make a donation and help find a cure!

**Select amount**

---

| Subtotal (1 item) | $28.00 |
| Shipping | Free |

**Order total**  $28.00

**Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



mikewajowski

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

Credit or debit card

○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

Change

## Review item and shipping

Seller: mikewajowski | Message to seller

Consumer Electronic Starter Kit - 5.0%
**$48.99**
Quantity 1

**Delivery**
Est. delivery: May 30 – Jun 7
USPS Parcel Select Ground
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:                    Apply

## Donate to charity (optional) ⓘ
The Arthritis Foundation
Arthritis is the #1 cause of disability in America. Make a donation and help find a cure!

Select amount

---

Subtotal (1 item)                $48.99
Shipping                            Free

**Order total**                  **$48.99**

**Confirm and pay**

Select a payment option

ebay™ MONEY BACK GUARANTEE
See details

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



ascoglb

 Checkout

To add more items, go to cart

## Pay with

**Credit or debit card**
○

○ PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: ascoglb | Message to seller

Brand New Pods multiple flavor Mango/CoolMint/KIT USA TOP
flover: cool mint

**$18.95**

Quantity | 1 ▾

**Delivery**
Est. delivery: Wed, Jun 5
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____ | Apply

## Donate to charity (optional) ⓘ
Paralyzed Veterans of America
This Memorial Day help a disabled veteran in need. Donate to Paralyzed Veterans of America

Select amount

---

| | |
|---|---|
| Subtotal (1 item) | $18.95 |
| Shipping | Free |
| **Order total** | **$18.95** |

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2019 eBay Inc. Todos los derechos reservados. Accesibilidad, Condiciones de uso, Aviso de privacidad, cookies y AdChoice ⓘ



hasinakabani786

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

Credit or debit card

○

○  *PayPal*

○  **PayPal CREDIT**
Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: hasinakaban...   Message to seller

2019 New Brand Starter1 Kit with 4 Pods1 and Charger - Free Ship - TVQ01-Q
Color: Gold
$29.99

Quantity   | 1 ▾ |

**Delivery**
Est. delivery: Wed, Jun 5
USPS First Class Package
$5.38

## Gift cards, coupons, eBay Bucks

Enter code: _____   Apply

## Donate to charity (optional) ⓘ
Paralyzed Veterans of America
This Memorial Day help a disabled veteran in need. Donate to Paralyzed Veterans of America

Select amount

---

| Subtotal (1 item) | $29.99 |
| Shipping | $5.38 |
| **Order total** | **$35.37** |

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



jemil-3202

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

### Credit or debit card

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: jemil-3202    **Message to seller**

New Basic Starter1 Kit1 Creme Brulee Cool Mint Fruit Medley 4 Pods Flavors
Color: Blue
**$29.99**

Quantity  | 1 ▼ |

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Mon, Jun 3**
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____    **Apply**

## Donate to charity (optional) ⓘ
Paralyzed Veterans of America
This Memorial Day help a disabled veteran in need. Donate to Paralyzed Veterans of America

**Select amount**

---

| Subtotal (1 item) | $29.99 |
| Shipping | Free |
| **Order total** | **$29.99** |

**🔒 Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

---

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



authenticjproducts

 Checkout

To add more items, go to cart

## Pay with

Credit or debit card

○ [card]

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: authenticjp... | Message to seller

BRAND NEW Mango Pods 5% Unopened CLONES 1 packs of 4 pods Fast Shipping FROM USA

**$17.99**

Quantity | 1 ▼

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Mon, Jun 3**
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: | Apply

## Donate to charity (optional) ⓘ
Paralyzed Veterans of America
This Memorial Day help a disabled veteran in need. Donate to Paralyzed Veterans of America

Select amount

---

| Subtotal (1 item) | $17.99 |
|---|---|
| Shipping | Free |
| **Order total** | **$17.99** |

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



siq360fl

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○  **PayPal**

○  PayPal **CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: siq360fl  |  **Message to seller**

Brand New Pods multiple flavor
Mango/CoolMint/Cucumber/Fruit/Classic KIT USA
TOP
FLA: Cool cucumber

**$13.95**

Quantity  [ 1 ▾ ]

**Delivery**
Est. delivery: May 24 – 28
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____  [ Apply ]

## Donate to charity (optional) ⓘ
The Arthritis Foundation
Arthritis is the #1 cause of disability in America. Make a donation and help find a cure!

**Select amount**

| | |
|---|---|
| Subtotal (1 item) | $13.95 |
| Shipping | Free |
| **Order total** | **$13.95** |

[ 🔒 Confirm and pay ]

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

alexdim12

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

Special financing available.
Apply now. **See terms**

| | |
|---|---|
| Subtotal (1 item) | $38.75 |
| Shipping | Free |

**Order total**                    **$38.75**

Confirm and pay

**Select a payment option**

**See details**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: alexdim12    |    **Message to seller**

250mah Built-in Battery Device with 4pcs 0.7ml Juice Pods
Colour: Rose
**$38.75**
Quantity 1

**Delivery**
Est. delivery: Jul 25 – Aug 7
UPS Ground
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

## Donate to charity (optional) ⓘ
Board of Trustees of the Glide Foundation
Give $1 to GLIDE and help provide warm, nutritious meals to people in need.

**Select amount**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u>

tconley243

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

Credit or debit card

Special financing available.
Apply now. See terms

| | |
|---|---|
| Subtotal (1 item) | $17.99 |
| Shipping | Free |
| **Order total** | **$17.99** |

Confirm and pay

Select a payment option

See details

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: tconley243   |   Message to seller

Mango Pods Brand New One pack with 4 Pods, SEALED US SELLER FREE SHIPPING pack

**$17.99**

Quantity   1 ▼

**Delivery**
FAST 'N FREE
Guaranteed by Mon, Jun 10
USPS First Class Package
Free

## Gift cards, coupons, eBay Bucks

Enter code:     Apply

## Donate to charity (optional) ⓘ
Board of Trustees of the Glide Foundation
Give $1 to GLIDE and help provide warm, nutritious meals to people in need.

Select amount

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

conro_17

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

Credit or debit card

No Interest if paid in full in 6 months.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: conro_17 | Message to seller

Mango Pods Brand New 13 pack lot with 4 Pods each
**$195.00**
Quantity 1

**Delivery**
Est. delivery: Wed, Jun 12
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:                    Apply

## Donate to charity (optional) ⓘ
Board of Trustees of the Glide Foundation
Give $1 to GLIDE and help provide warm, nutritious meals to people in need.

Select amount

| Subtotal (1 item) | $195.00 |
| --- | --- |
| Shipping | Free |
| **Order total** | **$195.00** |

Confirm and pay

Select a payment option

See details

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

andreaallen222

 **Checkout**

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

Special financing available.
Apply now. **See terms**

| | |
|---|---|
| Subtotal (1 item) | $60.00 |
| Shipping | $3.74 |
| **Order total** | **$63.74** |

Confirm and pay

**Select a payment option**

**See details**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: andreaallen222 | **Message to seller**

Limited Edition Juul/ purple
**$60.00**
Quantity 1

**Delivery**
Est. delivery: Wed, Jun 19
USPS First Class Package
$3.74

## Gift cards, coupons, eBay Bucks

Enter code:      Apply

## Donate to charity (optional) ⓘ

Board of Trustees of the Glide Foundation
Give $1 to GLIDE and help provide warm, nutritious meals to people in need.

**Select amount**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

jasonscompany

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

Credit or debit card

○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

| | |
|---|---|
| Subtotal (1 item) | $25.00 |
| Shipping | Free |
| **Order total** | **$25.00** |

🔒 Confirm and pay

**Select a payment option**
ebay MONEY BACK GUARANTEE
See details

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: jasonscompany   |   Message to seller

Jul Device With Charger Used
**$25.00**
Quantity 1

**Delivery**
Est. delivery: Wed, Jun 19
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:       Apply

## Donate to charity (optional) ⓘ
Homes For Our Troops, Inc.
Support the building of specially adapted custom homes for severely injured post-9/11 Vets

Select amount

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



krisplac-17

 **Checkout**

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with



○ [card]　　　　　　　　　　　　　　　⌄

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

| | |
|---|---|
| Subtotal (1 item) | $40.00 |
| Shipping | Free |

**Order total**　　$40.00

🔒 **Confirm and pay**

**Select a payment option**

 **MONEY BACK GUARANTEE**
See details

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: krisplac-17　　|　Message to seller



**Brand New Starter Kit Black Device And Charger FREE Shipping**
**$40.00**

Quantity　[ 1　⌄ ]

**Delivery**
Est. delivery: Jun 22 – Jul 1
USPS Parcel Select Ground
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____　　[ **Apply** ]

## Donate to charity (optional) ⓘ
### Save the Children Federation, Inc.
Testing G@C US for charity Save the Children Federation, Inc.

Select amount

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ



rayallday80

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

### Credit or debit card

○ 

○ *PayPal*

○ **PayPal CREDIT**

Special financing available.
Apply now. **See terms**

---

| | |
|---|---|
| Subtotal (1 item) | $45.00 |
| Shipping | $10.00 |
| **Order total** | **$55.00** |

🔒 Confirm and pay

**Select a payment option**

**eBay** MONEY BACK GUARANTEE
**See details**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: rayallday80 | **Message to seller**

Brand New Starter Kit Black Device And Charger Buy Now Ending Soon
**$45.00**
Quantity 1

**Delivery**
Est. delivery: Jun 21 – 28
USPS Media Mail
**$10.00**

## Gift cards, coupons, eBay Bucks

Enter code: _____   Apply

## Donate to charity (optional) ⓘ

Save the Children Federation, Inc.
Testing G@C US for charity Save the Children Federation, Inc.

**Select amount**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ



curtgagnon

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with



○ 🖃

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

| | |
|---|---|
| Subtotal (1 item) | $35.00 |
| Shipping | Free |
| **Order total** | **$35.00** |

🔒 Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: curtgagnon  |  Message to seller



Brand New Basic Device And Black USB Charger+ with 4 pods - US Seller
**$35.00**

Quantity  | 1 ▾ |

**Delivery**
Est. delivery: Jun 22 – 29
USPS Media Mail
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

## Donate to charity (optional) ⓘ

Save the Children Federation, Inc.
Testing G@C US for charity Save the Children Federation, Inc.

Select amount

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



wibblemaster420

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

Credit or debit card

○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

| Subtotal (1 item) | $40.00 |
|---|---|
| Shipping | $7.70 |

**Order total** $47.70

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
See details

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: wibblemaste... | Message to seller

  Brand New Starter Kit Silver Device And Charger Priority Shipping
$40.00

Quantity 1

**Delivery**
Est. delivery: Mon, Jul 1
USPS Priority Mail
$7.70

## Gift cards, coupons, eBay Bucks

Enter code: _____  Apply

## Donate to charity (optional) ⓘ

ASPCA
Help the ASPCA rescue animals in need. Add a donation to your order now

Select amount

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



nanc_1504

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

**Credit or debit card**
○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: nanc_1504    Message to seller

 Silver DEVICE With 4-PODS1 CHARGE FREE SHIPPING 1PC BOX USA STOCK
**$29.99**

Quantity   1

**Delivery**
Est. delivery: Wed, Jun 26
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:    Apply

## Donate to charity (optional) ⓘ

Alzheimer's Association
Give $1 to support those affected by Alzheimer's disease and dementia.

Select amount

---

| Subtotal (1 item) | $29.99 |
|---|---|
| Shipping | Free |
| **Order total** | **$29.99** |

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



markabate_0

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

Credit or debit card

○   

○   PayPal

○   PayPal CREDIT
   Special financing available.
   Apply now. See terms

| | |
|---|---|
| Subtotal (1 item) | $29.60 |
| Shipping | Free |
| **Order total** | **$29.60** |

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: markabate_0     Message to seller

100% New !JU*L! Basic Starter1 Kit1 + Charger + 4 PODS USA Seller
Color: Blue
**$29.60**

Quantity     1  ▾

**Delivery**
Est. delivery: Sat, Jul 6
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:        Apply

## Donate to charity (optional) ⓘ
ASPCA
Help the ASPCA rescue animals in need. Add a donation to your order now

Select amount

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



paulettmasterso0

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

### Credit or debit card

○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: paulettmast... | **Message to seller**

 Brand New Starter Kit Black Device And Charger Priority Shipping
**$39.98**

Quantity   [ 1 ▾ ]

**Delivery**
Est. delivery: Sat, Jul 6
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____ [ **Apply** ]

## Donate to charity (optional) ⓘ
ASPCA
Help the ASPCA rescue animals in need. Add a donation to your order now

**Select amount**

---

| | |
|---|---|
| Subtotal (1 item) | $39.98 |
| Shipping | Free |
| **Order total** | **$39.98** |

[ 🔒 **Confirm and pay** ]

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

---

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ



stan-shop

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

**Credit or debit card**

○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

---

| | |
|---|---|
| Subtotal (1 item) | $29.60 |
| Shipping | Free |

**Order total**    **$29.60**

🔒 Confirm and pay

Select a payment option

eBay MONEY BACK GUARANTEE
See details

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: stan-shop | Message to seller

 100% Brand Basic Starter1 Kit1 Creme Brulee Cool Mint Fruit Medley 4 Pods Flavor
**$29.60**

Quantity [ 1 ▾ ]

**Delivery**
Est. delivery: Mon, Jul 15
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: [_____] [ Apply ]

## Donate to charity (optional) ⓘ

ASPCA
Help the ASPCA rescue animals in need. Add a donation to your order now

Select amount

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



tecey_0

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

Credit or debit card

○ 

○ **PayPal**

○ PayPal CREDIT      ⌄

Subtotal (1 item)     EUR 35.99
Shipping     EUR 5.99

**Order total**     **EUR 41.98**

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: tecey_0  |  Message to seller

 Jul Brand New Start Kit Black color device & Charger 4 pods 100% Authentic

**EUR 35.99**

Quantity    [ 1 ⌄ ]

**Delivery**
An Post International
**EUR 5.99**

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

Norton SECURED

# dealsbae

 Checkout

## Pay with

Credit or debit card

○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

| | |
|---|---|
| Subtotal (1 item) | $32.69 |
| Shipping | Free |
| Tax* | $1.96 |
| **Order total** | **$34.65** |

The state of Virginia requires eBay to collect sales tax from buyers. eBay will pay the collected tax to the tax authority. **Learn more**

🔒 **Confirm and pay**

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: dealsbae | **Message to seller**

 100% New 1Basic 1Start1 Kit1 DEVICE + 4 Pods USA SELLER! FAST FREE SHIP!
**$32.69**

Quantity [ 1 ▾ ]

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Mon, Jul 8**
If paid within 7h 5m
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____  [ **Apply** ]

## Donate to charity (optional) ⓘ
The V Foundation for Cancer Research
Give $1 to the V Foundation and help us achieve Victory Over Cancer.

**Select amount**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ



# jhn2018

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart.

## Pay with

### Credit or debit card

○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: jhn2018    Message to seller

100% Brand Basic Start1 Kit1 only Black color device+Charger+ FAST Shipping
**$18.99**

Quantity   1 ▾

**Delivery**
Est. delivery: Thu, Jul 11
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____   Apply

## Donate to charity (optional) ⓘ

The V Foundation for Cancer Research
Give $1 to the V Foundation and help us achieve Victory Over Cancer.

Select amount

---

| | |
|---|---|
| Subtotal (1 item) | $18.99 |
| Shipping | Free |
| Tax* | $1.14 |
| **Order total** | **$20.13** |

The state of Virginia requires eBay to collect sales tax from buyers. eBay will pay the collected tax to the tax authority. Learn more

🔒 **Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



lisayue0208

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**.

## Pay with

Credit or debit card



○  **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

| | |
|---|---|
| Subtotal (1 item) | $32.99 |
| Shipping | Free |
| Tax* | $1.98 |

**Order total** $34.97

The state of Virginia requires eBay to collect sales tax from buyers. eBay will pay the collected tax to the tax authority. **Learn more**

🔒 **Confirm and pay**

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: lisayue0208 | **Message to seller**

 100% New !JU*L! Basic Starter1 Ki Only Charger+ Device + 4 PODS
Color: Blue
**$32.99**
Quantity 1

**Delivery**
Est. delivery: Mon, Jul 15
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: **Apply**

## Donate to charity (optional) ⓘ
American Lung Association
Donate to help fight lung cancer – the #1 cancer killer of women and men in the U.S.

Select amount | None ▾

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ





slowrain2019

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart.**

## Pay with

### Credit or debit card

○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: slowrain2019    **Message to seller**

 JUUL00 and all accessory (Look at description,same as photo) US SHIPPING Gold

**$36.99**

Quantity   | 1 ▾ |

**Delivery**
Est. delivery: Tue, Jul 16
Standard Shipping
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

## Donate to charity (optional) ⓘ
American Lung Association
Donate to help fight lung cancer – the #1 cancer killer of women and men in the U.S.

Select amount   | None ▾ |

---

| Subtotal (1 item) | $36.99 |
| Shipping | Free |
| Tax* | $2.22 |

**Order total**      **$39.21**

The state of Virginia requires eBay to collect sales tax from buyers. eBay will pay the collected tax to the tax authority. **Learn more**

[ 🔒 Confirm and pay ]

**Select a payment option**

 **MONEY BACK GUARANTEE**
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ



catgra_30

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**.

## Pay with

### Credit or debit card

○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: catgra_30   **Message to seller**

 100% Brand Basic Starter 1 Kit1 Gray Brand 1 Device 1 Charger New Real
**$40.00**
Quantity 1

**Delivery**
Est. delivery: Mon, Jul 15
USPS First Class Package
$3.74

## Gift cards, coupons, eBay Bucks

Enter code: _____ [ Apply ]

## Donate to charity (optional) ⓘ
American Lung Association
Donate to help fight lung cancer – the #1 cancer killer of women and men in the U.S.

Select amount [ None ▼ ]

---

Subtotal (1 item)    $40.00
Shipping    $3.74
Tax*    $2.40

**Order total**    **$46.14**

The state of Virginia requires eBay to collect sales tax from buyers. eBay will pay the collected tax to the tax authority. **Learn more**

[ 🔒 Confirm and pay ]

**Select a payment option**
**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



wtxsing-1



ebay | Shop by category ▾ | 🔍 Search for anything | All Categories ▾ | Search | Advanced

Home > My eBay > Order details

# Order details

Printer friendly page

Sold by **wtxsing-1** ( 0 )
Order number 05-03594-53971

+ Show additional actions

Estimated delivery **Thursday, Jul 18, 2019**

**Brand New MANGO PODS1 - Free Shipping -USPS FAST FREE SHIPPING TOP**

| | |
|---|---|
| Item price | $11.90 |
| Quantity | 1 |
| Item number | 312694753646 |
| Shipping service | USPS First Class Package |

Contact seller

Return item

### Shipping address

711a
Centreville VA 2⌀
United States

### Order total

| | |
|---|---|
| Subtotal | $11.90 |
| Shipping | Free |
| Tax | $0.71 |
| **Total** | **$12.61** |

View PayPal transaction

Order placed on
Thursday, Jul 11, 2019

Payment method
PayPal

Payment date
Thursday, Jul 11, 2019

You've qualified for
**$10 CASH BACK**
CLICK HERE
Sponsored By freeshipping

## Recently viewed items 1/1

Feedback on our suggestions



| | | | |
|---|---|---|---|
| Brand New MANGO PODS1 - Free Shipping... | Empty MYLE® Pods (4 of Pack) Fill You... | 4pcs Empty MYLE® Pod® US Shipping | 100% New 'JU*L! Basic Starter1 Ki Onl... |
| $11.90 | $16.99 💰 | $8.99 | $33.99 |
| Buy It Now | Buy It Now | Buy It Now | Buy It Now |
| Free shipping | Free shipping | Free shipping | Free shipping |
| | Almost gone | | Popular |

## People who shopped for this item also looked at 1/3

Feedback on our suggestions



| | | | |
|---|---|---|---|
| Komodo Compact Vaporizer-Mini-Vape Ba... | Vism 2974 Assault Backpack With Balli... | SMOK® TFV12 Prince 8ML Single Tank Wi... | SMOK® TFV12 Prince Coils® Q4/X6/T10/M... |
| $22.99 💰 | $40.99 | $6.99 | $7.23 |
| Buy It Now | Buy It Now | Buy It Now | Buy It Now |
| Free shipping | Free shipping | Free shipping | Free shipping |

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

Norton SECURED 

benjy951

ebay   Shop by category ▾    🔍 Search for anything    All Categories ▾   **Search**   Advanced

ebay    Earn a $50 Statement Credit!
Just open a new account and spend $200+ within 30 days.
Ends 8/16.          Learn More →

Home  >  My eBay  >  Order details

# Order details

Printer friendly page



Sold by **benjy951** ( 4 )
Order number 11-03593-98618

+ Show additional actions

**Estimated delivery Thursday, Jul 18, 2019**

**100% New 0Juul0 pack Set USA FAST SHIPPING**

| | |
|---|---|
| Item price | $14.99 |
| Quantity | 1 |
| Item number | 283544283603 |
| Shipping service | USPS First Class Package |

Contact seller

Return item

### Shipping address

711b
Centreville VA 201⋯-4
United States

### Order total

| | |
|---|---|
| Subtotal | $14.99 |
| Shipping | $4.06 |
| Tax | $0.90 |
| **Total** | **$19.95** |

View PayPal transaction

Order placed on
Thursday, Jul 11, 2019

Payment method
PayPal

Payment date
Thursday, Jul 11, 2019

You've qualified for
**$10 CASH BACK**
CLICK HERE
Sponsored By freeshipping

## Recently viewed items 1/1

Feedback on our suggestions

| | | | |
|---|---|---|---|
| Brand New MANGO PODS1 - Free Shipping... | Empty MYLE® Pods (4 of Pack) Fill You... | 4pcs Empty MYLE® Pod® US Shipping | 100% New !JU*L! Basic Starter1 Ki Onl... |
| $11.90 | $16.99 💡 | $8.99 | $33.99 |
| Buy It Now | Buy It Now | Buy It Now | Buy It Now |
| Free shipping | Free shipping | Free shipping | Free shipping |
| | **Almost gone** | | **Popular** |

## People who shopped for this item also looked at 1/3

Feedback on our suggestions

| | | | |
|---|---|---|---|
| Komodo Compact Vaporizer-Mini-Vape Ba... | Vism 2974 Assault Backpack With Balli... | SMOK® TFV12 Prince 8ML Single Tank Wi... | SMOK® TFV12 Prince Coils® Q4/X6/T10/M... |
| $22.99 💡 | $40.99 | $6.99 | $7.23 |
| Buy It Now | Buy It Now | Buy It Now | Buy It Now |
| Free shipping | Free shipping | Free shipping | Free shipping |

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

 Norton SECURED

fuzuanpifa



shelli-10

Hi!! ▾    Daily Deals    Gift Cards    Help & Contact    Talk About Killer Deals!

Sell    My eBay    🔔    🛒 1



ebay

Shop by category

Search for anything | All Categories ▾ | **Search** | Advanced

EBAY GIFT CARDS
The perfect gift, every time
Free Shipping
Shop now
ebay

Home > My eBay > Order details

# Order details

Printer friendly page

Sold by **shelli-10** ( 12 )
Order number 09-03611-60129

+ Show additional actions

**Estimated delivery Monday, Jul 22, 2019**

**100% New !J**L! Basic Starter1 Kit1 Only Charger No Pods Black Color US SHIP**

| | |
|---|---|
| Item price | $19.90 |
| Quantity | 1 |
| Item number | 392341569354 |
| Shipping service | USPS First Class Package |

Contact seller

Return item

### Shipping address

713
Centreville VA 20
United States

### Order total

| | |
|---|---|
| Subtotal | $19.90 |
| Shipping | Free |
| Tax | $1.19 |
| **Total** | **$21.09** |

View PayPal transaction

Order placed on
Monday, Jul 15, 2019

Payment method
PayPal

Payment date
Monday, Jul 15, 2019

People who shopped for this item also looked at   1/3     Feedback on our suggestions

Komodo Compact Vaporizer-Mini-Vape Ba...
$22.99
Buy It Now
Free shipping

Eleaf IStick 30w mod box build in 2...
$14.54
Buy It Now
Free shipping

1 Set RFID Module Starter Kit for Ard...
$27.99
Buy It Now
Free shipping

Vism 2974 Assault Backpack With Balli...
$40.99
Buy It Now
Free shipping

You've qualified for
$10 CASH BACK
CLICK HERE
Sponsored By freeshipping.com



moja2872

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

Special financing available.
Apply now. **See terms**

| | |
|---|---|
| Subtotal (1 item) | $17.00 |
| Shipping | Free |
| **Order total** | **$17.00** |

Confirm and pay

**Select a payment option**

**See details**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: moja2872 | **Message to seller**

Mango Pods Brand New One pack with 4 Pods, SEALED US SELLER
FREE SHIPPING pack
**$17.00**

Quantity  | 1 ▾ |

**Delivery**
Est. delivery: Thu, Jun 13
USPS Media Mail
**Free**

**Pickup**
Contact seller after checkout to arrange pickup

## Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

## Donate to charity (optional) ⓘ
Board of Trustees of the Glide Foundation
Give $1 to GLIDE and help provide warm, nutritious meals to people in need.

**Select amount**

Copyright © 1995-2019 eBay Inc. Alle Rechte vorbehalten. eBay-AGB, Datenschutzerklärung, Erklärung zur Verwendung von Cookies und AdChoice

spadesking



Shop by category ▾

Search for anything    All Categories ▾    **Search**    Advanced


**EBAY GIFT CARDS**
The perfect gift, every time
Free Shipping    Shop now    ebay

Home  >  My eBay  >  Order details

# Order details

Printer friendly page

Sold by **spadesking** ( 2834 )
Order number 15-03624-55466

+ Show additional actions

### Shipping address

718
Centreville VA 20120-4143
United States

Estimated delivery **Thursday, Jul 25, 2019 - Tuesday, Jul 30, 2019**



**Lot Of 50 Empty Pods With Caps - 100% Genuine - Blanks - MINT**

| | | |
|---|---|---|
| Item price | $40.00 | Contact seller |
| Quantity | 1 | Return item |
| Item number | 283548388609 | |
| Shipping service | USPS First Class Package | |

### Order total

| | |
|---|---|
| Subtotal | $40.00 |
| Shipping | Free |
| Tax | $2.40 |
| **Total** | **$42.40** |

View PayPal transaction

Order placed on
Thursday, Jul 18, 2019

Payment method
PayPal

Payment date
Thursday, Jul 18, 2019

## Recently viewed items 1/2

Feedback on our suggestions

   

| Lot Of 50 Empty Pods With Caps - 100%... | Lot Of 50 Empty Pods With Caps - 100%... | 60 Empty Pods With Caps - 100% Genuin... | Juul compatible device |
|---|---|---|---|
| **$40.00** | **$6.50** | **$35.00** | **$26.00** |
| Buy It Now | 9 bids | 1 bid | 7 bids |
| Free shipping | | Free shipping | |
| | | 45m left | |

You've qualified for
**$10 CASH BACK**
CLICK HERE
Sponsored By freeshipping.com

## People who shopped for this item also looked at 1/3

Feedback on our suggestions

   

| Bubble Carb Cap Blue *USA Seller* | Crop In Style Navigator Rolling Craft... | 12 Pack Empty Plastic Jars With Lids ... | Rare! Retired! Creative Memories Mem... |
|---|---|---|---|
| **$5.99** | **$69.99** | **$17.99** | **$26.00** |
| Buy It Now | Buy It Now | Buy It Now | 12 bids |
| | | Free shipping | |

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

Norton SECURED

jnali13



**ebay**     Shop by category ▾     🔍 Search for anything     | All Categories ▾ |     Search     Advanced


Earn a $50 Statement Credit!
Just open a new account and spend $200+ within 30 days.
Ends 8/16.
Learn More →

Home  >  My eBay  >  Order details

# Order details

Printer friendly page

Sold by jnali13 ( 181 )
Order number 08-03628-32157

+ Show additional actions

Estimated delivery **Friday, Jul 26, 2019**

**24 Authentic Empty P0ds w/ Caps - Never Refilled - Lot 2**

| | |
|---|---|
| Item price | $26.70 |
| Quantity | 1 |
| Item number | 123841277769 |
| Shipping service | USPS First Class Package |

Contact seller

Return item

## Shipping address

719
Centreville VA :
United States

## Order total

| | |
|---|---|
| **Subtotal** | $26.70 |
| **Shipping** | $3.70 |
| **Tax** | $1.60 |
| **Total** | $32.00 |

View PayPal transaction

Order placed on
Friday, Jul 19, 2019

Payment method
PayPal

Payment date
Friday, Jul 19, 2019

People who shopped for this item also looked at  1/3          Feedback on our suggestions

‹



Samsung UN65RU8000FXZA FLAT
**$919.95**
Buy It Now
Free shipping



1 Set RFID Module Starter Kit for Ard...
**$27.99**
Buy It Now
Free shipping



Eleaf istick 30w box istick eleaf 3...
**$12.21**
Buy It Now




Eleaf IStick 30w mod box build in 2...
**$14.54**
Buy It Now
Free shipping

›


You've qualified for
**$10 CASH BACK**
CLICK HERE

Sponsored By **freeshipping**.com

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

Norton SECURED

owetoe5400




ebay  Shop by category ▾  |  🔍 Search for anything  |  All Categories ▾  |  **Search**  |  Advanced

EBAY GIFT CARDS
The perfect gift, every time
Free Shipping
Shop now
ebay

Home  >  My eBay  >  Order details

# Order details

Printer friendly page

Sold by **owetoe5400** ( 158 )
Order number 19-03640-43775

[ + Show additional actions ]

Estimated delivery **Monday, Jul 29, 2019**



**Lot Of 82 Empty Pods With Caps - 100% Genuine - Blanks -**

| | |
|---|---|
| Item price | $65.00 |
| Quantity | 1 |
| Item number | 392348359205 |
| Shipping service | USPS First Class Package |

[ Contact seller ]
[ Return item ]

## Shipping address

722a
Centreville V/
United States

## Order total

| | |
|---|---|
| Subtotal | $65.00 |
| Shipping | Free |
| Tax | $3.90 |
| **Total** | **$68.90** |

[ View PayPal transaction ]

Order placed on
Monday, Jul 22, 2019

Payment method
PayPal

Payment date
Monday, Jul 22, 2019

People who shopped for this item also looked at  1/3

Feedback on our suggestions

❮


4 to 16 oz Clear RD PET Wide-Mouth Pla...
**$4.89**
Buy It Now
Free shipping


Creative Memories Memory Mate Tote w/...
**$29.99**
Buy It Now

12 Pack Empty Plastic Jars With Lids ...
**$17.99**
Buy It Now
Free shipping


🔥Creative Memories Album Carrier Con...
**$27.91** 💰
Buy It Now

❯


You've qualified for
**$10 CASH BACK**
**CLICK HERE**
Sponsored By freeshipping 

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

Norton SECURED

bimil-22

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart.

## Pay with



○ [card icon] ⌄

○ PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: bimil-22 | Message to seller



jewel silver
**$38.00**
Quantity 1

**Delivery**
Est. delivery: Thu, Aug 1
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

☐ Coupon YUSNUEHHTQJY3QQM
Available: $5.00



Enter code: [          ]    Apply

## Donate to charity (optional) ⓘ

Operation Smile, Inc.
Give a smile. Provide free, safe surgeries to children with cleft conditions. Donate now.

Select amount   [None ⌄]

---

Subtotal (1 item)          $38.00
Shipping                      Free
Tax*                         $1.63

**Order total**             **$39.63**

The state of Virginia requires eBay to collect sales tax from buyers. eBay will pay the collected tax to the tax authority. Learn more

🔒 Confirm and pay

Select a payment option
 MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

