IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



JUUL LABS, INC.,

    Plaintiff,

v.

    Civil Action No. 1:19-cv-01126 (LO/IDD)

THE UNINCORPORATED ASS'NS
IDENTIFIED IN SCHEDULE A,

    Defendants.

## ORDER

This MATTER is before the Court on Plaintiff's Motion for Leave to File Under Seal And/Or Redacted Documents for Good Cause [Dkt. No. 3]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. It is hereby

**ORDERED** that Plaintiff's Motion is **DENIED**. Schedule A to the Complaint, Exhibit 2 to the Complaint, Exhibit 3 to the Complaint, and Plaintiff's Memorandum of Law in Support of *Ex* Parte Motion for Temporary Asset Restraint and Expedited Discovery shall remain unsealed because they do not contain confidential proprietary information of the Plaintiff.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 11th day of September 2019.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia