UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JUUL LABS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>蕾 杨 **(LEI YANG), EVAN WILKINS, DANIEL MENDOZA, FRANCIS NOONE, MARIE DEFONTE, FARVA JAFRI, PASA LIVING, SIBEL TOY, ABDULRASOOL GHULAMHUSSAIN, JERRY MILLSAP, JOHN JEFFREY, ERIC LEGUS, CONRAD SCHULMAN, ANDREA SPERRY, XIAOHUA FANG, KRISTINA PLACENTIA, RAY NASSER, HAYLYUK DALL, NICHOLAS BROOME, JOESINE HIMANG LOLOY, MARK ANTHONY BATERSAL, RICKY PINEDO,** 银平 李 **(YIN PING LI), WALTER FURMAN,** 树青 连 **(SHU QING),** 月华 黄 **(YUEHUA HUANG),** 朱琼妍 **(ZHU QIONGQI), JIM SMITH,** 晓焕 祝 **(XIAO HUAN), BEN INGUANZO, PHILLIP EVANS, SHELLA MAY LIMAS, MOHAMMED JABER, JIMMY CARL TEAL, JALLAL ALI, VINCENZO VELASCO, and WILLIAM MILLER,**<br><br>**Defendants.** | Civil Action No. 1:19-cv-01126-LO-IDD |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## AS TO CERTAIN DEFENDANTS

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff Juul Labs, Inc. ("Plaintiff") hereby dismisses this action without prejudice against the following Defendants:

| No. | Defendant's eBay ID | Defendant's Name | PayPal email address |
|---|---|---|---|
| 8 | mikewajowski | Pasa Living | bruhvector@gmail.com<br>pasaliving@icloud.com |
| 23 | nanc_1504 | Joesine Himang Loloy | Dawn4925@outlook.com |

| No. | Defendant's eBay ID | Defendant's Name | PayPal email address |
|---|---|---|---|
| 24 | markabate_0 | Mark Anthony Batersal | Paula1598@outlook.com |

This dismissal only pertains to Defendants listed and does not constitute a dismissal of all Defendants.

Date: October 9, 2019

/s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Byron Pickard (VSB No. 47286)
Dennies Varughese, Pharm.D. (*pro hac vice*)
Nirav N. Desai (VSB. No. 72887)
Nicholas J. Nowak (*pro hac vice*)
Daniel S. Block (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
bpickard@sternekessler.com
dvarughe@sternekessler.com
ndesai@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*

13964945.1