IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |
|---|---|
| JUUL LABS, INC.,<br><br>        *Plaintiff,*<br><br>v.<br><br>The Unincorporated Associations Identified<br>in Schedule A,<br>        *Defendants.* | Civil No. 1:19-cv-1126<br><br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal. Dkt. 41.

Accordingly, pursuant to Federal Rule of Civil Procedure 4(m) the Court **DISMISSES** this case

only as to:

| No. | Defendant's eBay ID | Defendant's Name | PayPal email address |
|-----|---------------------|------------------|----------------------|
| 8 | mikewajowski | Pasa Living | bruhvector@gmail.com<br>pasaliving@icloud.com |
| 23 | nanc_1504 | Joesine Himang Loloy | Dawn4925@outlook.com |
| 24 | markabate_0 | Mark Anthony Batersal | Paula1598@outlook.com |

Defendants number 8, 23, and 24, identified above, **WITHOUT PREJUDICE**.

      It is **SO ORDERED.**

October 10 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge